**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__District__ of __Delaware__
                    (State)

Case number (*If known*): _____  Chapter  __11__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Cyprus Mines Corporation

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  36-3030890

**4. Debtor's address**

**Principal place of business**

333 N. Central Ave.
Number    Street

Phoenix, AZ                    85004
City            State        ZIP Code

Maricopa
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City            State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City            State        ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Cyprus Mines Corporation                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                              MM / DD / YYYY
         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Imerys Talc America, Inc.        Relationship  Successor in Interest
         District  Bankr. D. Del.                  When  02/13/2019
         Case number, if known  19-10289 (LSS)           MM / DD / YYYY

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Debtor **Cyprus Mines Corporation**_____         Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets***

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Cyprus Mines Corporation
       Name                                                        Case number (*if known*)

**16. Estimated liabilities***

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

*** The estimates contained in responses 15-16 exclude disputed insurance and indemnification assets and talc-related liabilities.**

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/11/2021
             MM / DD / YYYY

✗ /s/ D. J. (Jan) Baker                              D. J. (Jan) Baker
Signature of authorized representative of debtor      Printed name

Title  Director, Cyprus Mines Corporation

**18. Signature of attorney**

✗ /s/ Kurt F. Gwynne                   Date  02/11/2021
Signature of attorney for debtor              MM / DD / YYYY

Kurt F. Gwynne
Printed name

Reed Smith LLP
Firm name

1201    North Market Street, Suite 1500
Number  Street

Wilmington                              DE        19801
City                                    State     ZIP Code

302-778-7500                            kgwynne@reedsmith.com
Contact phone                           Email address

3951                                    DE
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____ |

**ATTACHMENT TO VOLUNTARY PETITION**

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? **Yes**

In the voluntary petition commencing this chapter 11 case, Cyprus Mines Corporation (the "Debtor") has identified *In re Imerys Talc America, Inc.*, No. 19-10289 (LSS) (the "Imerys Chapter 11 Case") as a case "filed by a business partner or an affiliate" for the following reasons.

The main purpose of this chapter 11 case is for the Debtor to manage and resolve in a fair and comprehensive manner existing and future tort claims against it alleging personal injury resulting from exposure to talc products which were manufactured and distributed by others using talc mined and sold by the Debtor or its former subsidiaries.

This chapter 11 case relates to the separate bankruptcy cases of three other debtors—Imerys Talc America, Inc. ("ITA"), Imerys Talc Vermont, Inc. ("ITV"), and Imerys Talc Canada Inc. ("ITC" and, collectively with ITA and ITV, the "Imerys Debtors")—whose bankruptcy cases are being jointly administered by the United States Bankruptcy Court for the District of Delaware as *In re Imerys Talc America, Inc.*, No. 19-10289 (LSS). As more fully described in the *Declaration of D. J. (Jan) Baker, Independent Director of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings* (the "First Day Declaration"), ITA was formed in 1992 as a subsidiary of the Debtor; it then purchased the Debtor's talc-related assets and assumed the debtor's talc-related liabilities. ITV was a subsidiary of the Debtor and is now a subsidiary of ITA. Before the Imerys Debtors filed their bankruptcy petitions, they were often named as co-defendants with the Debtor in talc-related lawsuits that sought damages from both the Debtor and the Imerys Debtors for the same alleged conduct. In addition, before the Imerys Debtors filed their bankruptcy petitions, ITA was defending the Debtor and its affiliates from talc-related lawsuits, as required by agreements between ITA and the Debtor.

Prior to this filing, the Debtor reached a comprehensive settlement with its immediate parent, Cyprus Amax Minerals Company, its ultimate parent, Freeport-McMoRan Inc., the Imerys Debtors, the official committee of tort claimants appointed in the Imerys Chapter 11 Case, and the future claimants' representative appointed in the Imerys Chapter 11 Case (collectively, the "Cyprus Settlement Parties"). The plan of reorganization in this case will seek

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Avenue, Phoenix, AZ 85004.

to implement that settlement.  Specifically, in light of the overlap between the talc personal injury claims against the Debtor and those against the Imerys Debtors, as well as pending disputes between the Debtor and the Imerys Debtors regarding insurance and other assets that may be available to meet such claims, the Cyprus Settlement Parties agreed that all talc personal injury claims against the Debtor would be channeled to the same talc personal injury trust established in the Imerys Chapter 11 Case.

Accordingly, the Debtor believes that this chapter 11 case is related to, and should be administered as related to, the Imerys Chapter 11 Case.

# CYPRUS MINES CORPORATION

### Assistant Secretary's Certificate

I, Jennifer Karns, Assistant Secretary of Cyprus Mines Corporation (the "Corporation"), a Delaware corporation, hereby certify as of the date hereof that:

The Board of Directors of the Corporation duly adopted resolutions delegating to the Special Committee of the Board of Directors, comprised solely of the Corporation's independent directors, the sole power and authority on behalf of the Corporation and without further action by the Board of Directors to, among other things, evaluate, elect to pursue or not to pursue, and authorize any transaction, agreement, action, or proceeding concerning, arising out of, or in any way relating to, the commencement, administration, and resolution of any case of the Corporation under chapter 11 of the Bankruptcy Code. Such resolutions have not been amended, modified, or rescinded and remain in full force and effect on the date hereof.

Attached hereto as **Exhibit A** are the resolutions (the "Resolutions") duly adopted by the Special Committee of the Board of Directors of the Corporation on February 11, 2021, related to the Corporation's voluntary petition under chapter 11 of the Bankruptcy Code, debtor-in-possession financing, and the retention of professionals. The Resolutions have not been amended, modified, or rescinded and remain in full force and effect on the date hereof.

IN WITNESS HEREOF, I have hereunto signed my name to this Assistant Secretary's Certificate this  11th  day of  February , 2021.

_/s/ Jennifer L. Karns_
Jennifer Karns
Assistant Secretary

**EXHIBIT A**

Resolutions

(Attached)

# CYPRUS MINES CORPORATION

**Chapter 11 Petition**

  **RESOLVED**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the name of the Corporation, and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, in such form and at such time as the sole member of the Special Committee shall determine in such member's sole discretion;

  **RESOLVED FURTHER**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to take and cause to be taken any and all such further action, and to execute and deliver or file, or cause to be executed and delivered or filed, all such further documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, agreements, certificates, and other papers, that the sole member of the Special Committee deems necessary, appropriate, or advisable in such member's sole discretion to commence, administer, and resolve the Corporation's chapter 11 case;

  **RESOLVED FURTHER**, that all acts lawfully done or actions taken by the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

**Debtor-In-Possession Financing**

  **RESOLVED**, that the Special Committee hereby authorizes the Corporation to obtain unsecured, administrative priority debtor-in-possession financing from Cyprus Amax Minerals Company in the principal amount up to $14,450,000.00 on such terms and conditions as may be satisfactory to the sole member of the Special Committee in such member's sole discretion;

  **RESOLVED FURTHER**, that the Special Committee hereby authorizes and approves the execution and delivery for and on behalf of the Corporation of a debtor-in-possession credit agreement and any other loan documents accompanying such credit agreement (collectively, the "DIP Credit Documents") in form and substance satisfactory to the sole member of the Special Committee in such member's sole discretion;

  **RESOLVED FURTHER**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered to borrow and repay in the future under the DIP Credit Documents, to generally administer borrowing under and in compliance with the DIP Credit Documents,

and to take such further actions as may be necessary, appropriate, or advisable in connection therewith;

**RESOLVED FURTHER**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to prepare, execute, and deliver such documents, including, without limitation, each of the DIP Credit Documents, and to take such other action as the sole member of the Special Committee may deem necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions.

**Retention of Professionals**

**RESOLVED**, that the Special Committee hereby authorizes and approves the retention of the law firm of Reed Smith LLP as general bankruptcy counsel for the Corporation, pursuant to section 327(a) of the Bankruptcy Code, in connection with the commencement and administration of the Corporation's chapter 11 bankruptcy case and the payment of any retainers and fees and expenses associated therewith;

**RESOLVED FURTHER**, that the Special Committee hereby authorizes and approves the retention, if the sole member of the Special Committee deems necessary, appropriate, and advisable, of the law firm of Kasowitz Benson Torres LLP as special conflicts counsel for the Corporation pursuant to section 327(e) of the Bankruptcy Code and the payment of any retainers and fees and expenses associated therewith;

**RESOLVED FURTHER**, that the Special Committee hereby authorizes and approves the retention of Prime Clerk LLC to provide consulting services in connection with the commencement and administration of the Corporation's chapter 11 bankruptcy case and the payment of any retainers and fees and expenses associated therewith;

**RESOLVED FURTHER**, that the Special Committee hereby authorizes and approves the retention of such other professionals, including attorneys, accountants, financial advisors, actuaries, consultants, claims and noticing agents, administrative agents, or brokers, in each case, as the sole member of the Special Committee deems necessary, appropriate, or advisable in connection with the commencement and administration of the Corporation's chapter 11 bankruptcy case and the payment of any retainers and fees and expenses associated therewith;

**RESOLVED FURTHER**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to prepare, execute, and deliver such documents, including, without limitation, any engagement or services agreements in connection with the aforementioned retentions, and to take such other action as the sole member of the Special Committee may deem necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions.

**General**

**RESOLVED**, that all prior actions of the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the

- 3 -

Special Committee, or any one of them, that are consistent with any of the foregoing resolutions be, and hereby are, authorized, ratified, approved, and confirmed in all respects as actions duly taken under existing authority;

**RESOLVED FURTHER**, that the sole member of the Special Committee, and any person or persons designated and authorized to act by the sole member of the Special Committee, or any one of them, be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to execute and deliver all such documents and instruments and to do all such acts or things as the sole member of the Special Committee shall determine to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____ |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following corporate entity is the only entity that directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

| Equity Holder | Approx. Percentage of Total Equity |
|---|---|
| Cyprus Amax Minerals Company<br>333 North Central Avenue<br>Phoenix, AZ 85004 | 100% |

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____ |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Cyprus Mines Corporation, the above-captioned debtor and debtor-in-possession, hereby provides the following list of holders of equity interests:

| **Name and Address of Interest Holder** | **Percentage and Type of Interest Held** |
|---|---|
| Cyprus Amax Minerals Company<br>333 North Central Avenue<br>Phoenix, AZ 85004 | 100% (Common Stock) |

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Avenue, Phoenix, AZ 85004.

**Fill in this information to identify the case:**

Debtor name: Cyprus Mines Corporation

United States Bankruptcy Court for the: District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | BENNETT BIGELOW & LEEDOM PS<br>MARCUS PETERSON<br>601 UNION ST<br>SUITE 1500<br>SEATTLE, WA 98101-1363 | BENNETT BIGELOW & LEEDOM PS<br>MARCUS PETERSON<br>PHONE: 206-622-5511<br>FAX: 206-622-8986<br>EMAIL: jhagen@bbllaw.com | Law Firm | D | | | $32,073.00 |
| 2 | HEYL ROYSTER VOELKER & ALLEN, PC<br>VICKIE MOTTELER<br>33 N. DEARBORN STREET<br>SEVENTH FLOOR<br>CHICAGO, IL 60602 | HEYL ROYSTER VOELKER & ALLEN, PC<br>VICKIE MOTTELER<br>PHONE: 312-853-8700<br>FAX:<br>EMAIL: vmotteler@heylroyster.com | Law Firm | D | | | $137.50 |
| 3 | ALSTON & BIRD LLP<br>RANDY ORZA<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | ALSTON & BIRD LLP<br>RANDY ORZA<br>PHONE: 404-881-7000<br>FAX: 404-881-7777<br>EMAIL: randy.orza@alston.com | Law Firm | CUD | | | Unknown |
| 4 | AUSTWIDE MINING TITLE MANAGEMENT PTY LTD<br>PO BOX 1434<br>WANGARA, WA, AUSTRALIA 6947 | AUSTWIDE MINING TITLE MANAGEMENT PTY LTD<br>PHONE: (08)9309-0400<br>FAX:<br>EMAIL: | Computer Expenses | CUD | | | Unknown |
| 5 | BROWNING KALECZYC BERRY & HOVEN PC<br>KATIE MCWILLIAMS<br>PO BOX 1697<br>HELENA, MO 59624 | BROWNING KALECZYC BERRY & HOVEN PC<br>KATIE MCWILLIAMS<br>PHONE: 406-443-6820<br>FAX:<br>EMAIL: mari@bkbh.com | Law Firm | CUD | | | Unknown |
| 6 | CITY OF SAULT STE MARIE TREASURER<br>KRISTIN COLLINS, FINANCE DIRECTOR/TREASURER<br>225 PORTAGE AVE.<br>SAULT STE MARIE, MI 49783 | CITY OF SAULT STE MARIE TREASURER<br>KRISTIN COLLINS, FINANCE DIRECTOR/TREASURER<br>PHONE: 906-632-5715<br>FAX: 906-635-5606<br>EMAIL: kcollins@saultcity.com | City | CUD | | | Unknown |
| 7 | COVINGTON & BURLING<br>EBILL ADMIN<br>ONE CITY CENTER<br>850 TENTH STREET NW<br>WASHINGTON, DC 20001 | COVINGTON & BURLING<br>EBILL ADMIN<br>PHONE: 202-662-6000<br>FAX:<br>EMAIL: ebill@cov.com | Law Firm | CUD | | | Unknown |
| 8 | DENTONS US LLP<br>JANET SHIELDS<br>233 SOUTH WACKER DRIVE<br>SUITE 5900<br>CHICAGO, IL 60606 | DENTONS US LLP<br>JANET SHIELDS<br>PHONE: 312-876-8000<br>FAX: 312-876-7934<br>EMAIL: janet.shields@dentons.com | Law Firm | CUD | | | Unknown |
| 9 | FENN CONSULTING LLC<br>JOHN FENN<br>8451 N BURKE DRIVE<br>TUCSON, AZ 85742 | FENN CONSULTING LLC<br>JOHN FENN<br>PHONE:<br>FAX:<br>EMAIL: johnfenn.per@gmail.com | Consultant | CUD | | | Unknown |
| 10 | FRANDEN FARRIS QUILLIN GOODNIGHT & ROBERTS<br>SHARON HELM<br>2 W 2ND ST<br>SUITE 900<br>TULSA, OK 74103-3115 | FRANDEN FARRIS QUILLIN GOODNIGHT & ROBERTS<br>SHARON HELM<br>PHONE: 918-583-7129<br>FAX:<br>EMAIL: shelm@tulsalawyer.com | Law Firm | CUD | | | Unknown |
| 11 | GALLAGHER & KENNEDY<br>ESTELA SANTAMARIA<br>2575 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016-9225 | GALLAGHER & KENNEDY<br>ESTELA SANTAMARIA<br>PHONE: 602-530-8000<br>FAX: 602-530-8500<br>EMAIL: estela.santamaria@gknet.com | Law Firm | CUD | | | Unknown |
| 12 | GHD SERVICES INC<br>NOELLE FULTZ<br>2055 NIAGARA FALLS BLVD<br>NIAGARA FALLS, NY 14304 | GHD SERVICES INC<br>NOELLE FULTZ<br>PHONE: 716-297-6150<br>FAX: 716-297-2265<br>EMAIL: Noelle.Fultz@ghd.com | Engineer | CUD | | | Unknown |
| 13 | GOLDER ASSOCIATION INC<br>RICK BOOTH<br>15851 SOUTH US 27, SUITE 50<br>LANSING, MI 48906 | GOLDER ASSOCIATION INC<br>RICK BOOTH<br>PHONE: 517-482-2262<br>FAX:<br>EMAIL: rbooth@golder.com | Environmental Testing/Consulting | CUD | | | Unknown |
| 14 | LITCHFIELD CAVO LLP<br>LINDSAY GLAZIER<br>6 KIMBALL LANE, SUITE 200<br>LYNNFIELD, MA 01940-2682 | LITCHFIELD CAVO LLP<br>LINDSAY GLAZIER<br>PHONE: 781-309-1500<br>FAX:<br>EMAIL: GlazierL@litchfieldcavo.com | Law Firm | CUD | | | Unknown |
| 15 | MILLIGAN LAWLESS PC<br>JEANETTE BURKEY<br>5050 N. 40TH STREET<br>SUITE 200<br>PHOENIX, AZ 85018 | MILLIGAN LAWLESS PC<br>JEANETTE BURKEY<br>PHONE: 602-792-3500<br>FAX: 602-792-3525<br>EMAIL: Jeanette@milliganlawless.com | Law Firm | CUD | | | Unknown |
| 16 | NEW YORK STATE DEPARTMENT OF ENVIROMENTAL PROTECTION<br>625 BROADWAY<br>ALBANY, NY 12233-0001 | NEW YORK STATE DEPARTMENT OF ENVIROMENTAL PROTECTION<br>PHONE:<br>FAX:<br>EMAIL: | Environmental Agency | CUD | | | Unknown |
| 17 | RAWLE & HENDERSON LLP<br>JOSEPH MCKENNA<br>ONE SOUTH PENN SQUARE<br>PHILADELPHIA, PA 19107 | RAWLE & HENDERSON LLP<br>JOSEPH MCKENNA<br>PHONE: 215-574-4200<br>FAX: 215-563-2583<br>EMAIL: jmckenna@rawle.com | Law Firm | CUD | | | Unknown |
| 18 | STATISTICS COLLABORATIVE<br>JEFF LEVITT<br>1625 MASSACHUSETTS AVE NW<br>SUITE 600<br>WASHINGTON DC, DC 20036 | STATISTICS COLLABORATIVE<br>JEFF LEVITT<br>PHONE: 202-247-9700<br>FAX:<br>EMAIL: jeff@statcollab.com | Consultant | CUD | | | Unknown |
| 19 | TERIS - PHOENIX LLC<br>KATHRYN VANDER MEULEN<br>3550 N CENTRAL AVE<br>SUITE 150<br>PHOENIX, AZ 85012 | TERIS - PHOENIX LLC<br>KATHRYN VANDER MEULEN<br>PHONE: 602-241-9333<br>FAX: 602-241-3339<br>EMAIL: KVanderMeulen@teris.com | Litigation Support | CUD | | | Unknown |
| 20 | THE CLARO GROUP, LLC<br>SHAWN PHILIP<br>123 N WACKER DR.<br>SUITE 1900<br>CHICAGO, IL 60606 | THE CLARO GROUP, LLC<br>SHAWN PHILIP<br>PHONE: 312-546-3356<br>FAX:<br>EMAIL: sphilip@theclarogroup.com | Consultant | CUD | | | Unknown |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____ |

## LIST OF TOP TEN LAW FIRMS
## THAT REPRESENT TALC CLAIMANTS

      Cyprus Mines Corporation (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (this "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, in the United States Bankruptcy Court for the District of Delaware (the "Court"), for the purpose of resolving all existing talc-related personal injury and wrongful death claims against the Debtor. The Debtor understands that, as of January 29, 2021, the ten (10) law firms identified herein collectively represented 391 of the 427 plaintiffs (approximately 91.6%) with pending talc-related personal injury and wrongful death lawsuits against the Debtor.

      The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 case. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (ii) secured creditors. The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtor and does not constitute a waiver of the Debtor's rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

| (1)<br>*Name of law firm and complete mailing address, including zip code* | (2)<br>*Name and email or telephone number of law firm contact* |
|---|---|
| Gori Law Firm, P.C.<br>3878 W. Carson Street, Suite 210<br>Torrance, CA 90503 | Dimitri Nichols<br>(424) 383-1501<br>dnichols@gorilaw.com |
| Weitz & Luxenberg<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067 | Benno Ashrafi<br>(310) 247-0921<br>BAshrafi@weitzlux.com |
| Simon Greenstone Panatier P.C.<br>3780 Kilroy Airport Way, Suite 540<br>Long Beach, CA 90806 | Jeffrey B. Simon<br>(214) 276-7680<br>jsimon@sgptrial.com |

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

| | |
|---|---|
| Szaferman LaKind Blumstein & Blader, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648 | Robert Lytle<br>(609) 275-0400<br>RLytle@szaferman.com |
| Levy Konigsberg, LLP<br>101 Grovers Mill Road, Suite 105<br>Lawrenceville, NJ 08648 | Moshe Maimon<br>(609) 720-0400<br>mmaimon@levylaw.com |
| Maune Raichle Hartley French & Mudd LLC<br>1015 Locust Street, Suite 1200<br>St. Louis, MO 63101 | Gentry Smith<br>(314) 244-1397<br>agsmith@mrhfmlaw.com |
| Simmons Hanly Conroy, LLC<br>455 Market Street, Suite 2200<br>San Francisco, CA 94105 | Benjamin D. Goldstein<br>(415) 536-3986<br>bgoldstein@simmonsfirm.com |
| Lanier Law Firm, PLLC<br>Tower 56, 126 East 56th Street, 6th Floor<br>New York, NY 10022 | Mark Lanier<br>(212) 421-2800<br>WML@LanierLawFirm.com |
| Dean Omar Branham Shirley, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202 | Jessica M. Dean<br>(214) 722-5990<br>jdean@dobslegal.com |
| Kassel McVey Attorneys at Law<br>P. O. BOX 1476<br>Columbia, SC 29202 | John D. Kassel<br>(803) 256-4242<br>jkassel@kassellaw.com |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Cyprus Mines Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number *(If known)*: | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: Corporate Ownership Statement, List of Equity Security Holders, List of Top 10 Law Firms that Represent Talc Claimants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 11 / 2021
MM / DD / YYYY

X /s/ D. J. (Jan) Baker
Signature of individual signing on behalf of debtor

D. J. (Jan) Baker
Printed name

Director
Position or relationship to debtor