IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| CYPRUS MINES CORPORATION,[1] | Case No. 21-10398 (LSS) |
| Debtor. | Hearing Date: March 12, 2021, at 10:00 a.m. ET<br>Obj. Deadline: March 5, 2021, at 4:00 p.m. ET |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER
(I) ESTABLISHING BAR DATES FOR SUBMITTING PROOFS
OF CLAIM, (II) APPROVING PROCEDURES FOR SUBMITTING
PROOFS OF CLAIM, AND (III) APPROVING NOTICE THEREOF**

PLEASE TAKE NOTICE that, on February 18, 2021, Cyprus Mines Corporation (the "Debtor"), debtor-in-possession in the above-captioned chapter 11 case, filed the *Debtor's Motion for Entry of an Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned, proposed attorneys for the Debtor so as to be received on or before **March 5, 2021, at 4:00 p.m. (Eastern)**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Ave., Phoenix, AZ 85004.

North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **March 12, 2021, at 10:00 a.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  February 18, 2021<br>          Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  */s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801-1163<br>Telephone:  (302) 778-7500<br>Facsimile:  (302) 778-7575<br>E-mail:  kgwynne@reedsmith.com<br>E-mail:  jangelo@reedsmith.com<br><br>-and-<br><br>Paul M. Singer (admitted *pro hac vice*)<br>Luke A. Sizemore (admitted *pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone:  (412) 288-3131<br>Facsimile:  (412) 288-3063<br>E-mail:  psinger@reedsmith.com<br>E-mail: lsizemore@reedsmith.com<br><br>*Proposed Counsel to the Debtor and the Debtor-in-Possession* |