**EXHIBIT B**

<u>Singer Declaration</u>

(Attached)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| CYPRUS MINES CORPORATION,[1] | Case No. 21-10398 (LSS) |
| Debtor. | |

**DECLARATION OF PAUL M. SINGER UNDER FED. R. BANKR. P.
2014 IN SUPPORT OF DEBTOR'S APPLICATION TO RETAIN AND
EMPLOY REED SMITH LLP, AS COUNSEL TO THE DEBTOR AND
DEBTOR-IN-POSSESSION, *NUNC PRO TUNC* AS OF THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Paul M. Singer, hereby declare:

1.      I am a partner with the law firm of Reed Smith LLP ("Reed Smith") and am duly authorized to make this declaration on behalf of Reed Smith.  I am a member of the firm's restructuring and insolvency practice group, and I will be responsible for coordinating the firm's representation of the Debtor.  I am an attorney at law admitted and in good standing to practice in the Commonwealth of Pennsylvania and before the United States Court of Appeals for the Third Judicial Circuit.  I make this declaration in support of the *Debtor's Application to Retain and Employ Reed Smith LLP, as Counsel to the Debtor and Debtor-in-Possession,* Nunc Pro Tunc *as of the Petition Date, Pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014* (the "Application").[2]

2.      Except as otherwise indicated, the facts set forth in this declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 0890.  The Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

[2]    Capitalized terms used but not defined in this declaration have the meanings given in the Application.

## REED SMITH'S QUALIFICATIONS

3.      Reed Smith is well qualified to serve as the Debtor's counsel in this Chapter 11 Case.  Reed Smith is a large international law firm (over 1,500 lawyers with 30 offices on 3 continents).  As such, it has substantial experience in virtually all aspects of the law, including bankruptcy, insurance coverage, corporate, finance, litigation, mergers and acquisitions, and tax expertise.

4.      Reed Smith's restructuring and insolvency practice group consists of approximately 40 attorneys practicing in offices throughout the United States and overseas. Reed Smith has extensive experience representing debtors in bankruptcy proceedings.  In preparing for its representation of the Debtor in this Chapter 11 Case, Reed Smith has become familiar with the Debtor's business and the potential legal issues that may arise in the context of this Chapter 11 Case.

5.      In the event that Reed Smith's representation of the Debtor in connection with any matter in this Chapter 11 Case would result in it becoming adverse to a party-in-interest that gives rise to a professional conflict, the Debtor shall retain separate counsel to represent its interests with respect to such matter against such party.

## SERVICES TO BE PROVIDED BY REED SMITH

6.      The Debtor seeks court approval, pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), to employ and retain Reed Smith as its general bankruptcy counsel in connection with this Chapter 11 Case.  The Debtor also requests that the Court approve the retention of Reed Smith under a general retainer to render professional legal services that will become necessary in this case in accordance with Reed Smith's normal hourly rates and

policies in effect when Reed Smith renders the services or incurs the expenses.  It is anticipated

that this representation will include, but should not be limited to, the following areas:

(a)     represent the Debtor, as debtor-in-possession, to prepare all necessary motions, applications, answers, orders, reports, and other papers in connection with the administration of the Debtor's estate;

(b)     advise the Debtor with respect to its powers and duties as debtor and debtor-in-possession in the continued management and operation of its business and assets;

(c)     attend meetings and negotiate with representatives of creditors and other parties-in-interest and advise and consult on the conduct of the Chapter 11 Case, including all of the legal and administrative requirements of operating in chapter 11;

(d)     represent the Debtor in actions to protect and preserve the Debtor's estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the estate, negotiations concerning all litigation in which the Debtor may be involved, and objections to claims filed against the estate;

(e)     represent the Debtor in connection with the negotiation and preparation on behalf of the Debtor of a chapter 11 plan and all related documents;

(f)     appear before the Court, any appellate courts, and the U.S. Trustee, and protect the interests of the Debtor's estate before such courts and the U.S. Trustee;

(g)     perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 Case; and

(h)     represent the Debtor on additional matters relating to this Chapter 11 Case that may be assigned to it from time to time.

7.     I understand that the Debtor filed contemporaneously herewith or intends to file

applications to employ (i) Kasowitz Benson Torres LLP, as special conflicts counsel, and

(ii) Prime Clerk LLC, as its administrative advisor.   Reed Smith has advised the Debtor that it

intends to monitor carefully the efforts of these other professionals and to coordinate with such

professionals to clearly delineate their respective duties in order to prevent duplication of effort

or cost.  The efficient coordination of the efforts of the Debtor's attorneys and other professionals will greatly aid in the effective administration of the Chapter 11 Case.

8.      Subject to the Court's approval of the Application, Reed Smith is willing to serve as the Debtor's counsel and to perform the services described above pursuant to the terms of this Application.

## COMPENSATION AND FEE APPLICATIONS

9.      Reed Smith was retained by the Debtor in December 2019 in connection with: (i) the resolution of talc and other claims against the Debtor; and (ii) advising the Debtor on whether, and on what conditions, to commence a chapter 11 case.  In connection with this engagement, the Debtor's ultimate parent, Freeport-McMoRan ("Freeport"), provided Reed Smith a retainer in the amount of $200,000.00.  Reed Smith's invoices through January 2021 were paid by Freeport in the ordinary course of its business.  On January 13, 2021, the Debtor utilized the proceeds of a prepetition intercompany loan from CAMC to increase Reed Smith's prepetition security retainer by $300,000.00, for a total security retainer of $500,000.00.

10.     On February 11, 2021, prior to the petition being filed, Reed Smith offset $200,000.00 against the prepetition security retainer which was an estimate, as of that date, of its unbilled fees and estimated expenses for the period from February 1, 2021, through February 10, 2021.

11.     Reed Smith expects to complete its reconciliation of its February pre-filing fees and expenses actually incurred no later than April 1, 2021.  Once that reconciliation is complete, Reed Smith will make a corresponding adjustment to the amount of the prepetition security retainer on or about that date and disclose such adjustment in its first interim fee application.

12.     Subject to the Court's approval of this Application, Reed Smith as general bankruptcy counsel of the Debtor intends to: (a) charge for its legal services on an hourly basis

in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.

13.     Reed Smith will be compensated at its standard hourly rates (less an agreed discount of 10%), which are based on the professional's level of experience and are periodically adjusted.  Specifically, Reed Smith intends to charge the Debtor for services rendered in the Chapter 11 Case at the hourly rates specified below.  Reed Smith operates in a complicated, international marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, reputation, the nature of the work involved, and other factors.  Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, Reed Smith does not have one rate that applies to an individual biller for all matters for all clients.  Reed Smith's rates for an individual biller may vary as a function of the type of matter, geographic factors, the nature of certain long-term client relationships, and various other factors.

14.     The names, positions, and hourly rates (inclusive of agreed discount of 10%) of those Reed Smith lawyers currently expected to spend significant time on this Chapter 11 Case, effective through December 31, 2021 (at which time Reed Smith normally adjusts its rates) are as follows:

| | | |
|---|---|---|
| Partners: | Paul M. Singer | $1,075/hr |
| | George L. Stewart | $1,015/hr |
| | Kurt F. Gwynne | $950/hr |
| | Luke A. Sizemore | $655/hr |
| Associates: | Jason D. Angelo | $545/hr |
| | Amir Shachmurove | $475/hr |
| | Amy M. Kerlin | $470/hr |
| | Katelin A. Morales | $465/hr |
| | Victoria A. Sanford | $410/hr |

15.     Reed Smith's fees are comparable to those charged by attorneys of similar experience and expertise for engagements of scope and complexity similar to this Chapter 11 Case.  Further, Reed Smith will provide notice of any rate increase to the Debtor, the U.S. Trustee, and any official committees and will file such notice with the Court.

16.     Consistent with Reed Smith's policy with respect to its other clients, Reed Smith will continue to charge the Debtor for all expenses incurred in the rendition of services.  Reed Smith contemplates using the following expense categories:  copies, outside printing, telephone, facsimile, online research, delivery service/couriers, postage, local travel, out-of-town travel (including subcategories for transportation, hotels, meals, ground transportation), meals (local), court fees, subpoena fees, witness fees, deposition transcripts, trial transcripts, trial exhibits, litigation support vendors, experts, investigators, arbitrators/mediators, and other.

17.     Reed Smith will apply to the Court for payment of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, any additional procedures that may be established by the Court in this Chapter 11 Case, and any applicable guidelines of the Office of the United States Trustee.

18.     Furthermore, to comply with the U.S. Trustee Guidelines, the Debtor and Reed Smith have developed a staffing plan and are currently developing a budget to comply with any requests for information and additional disclosures by the U.S. Trustee and any other orders of the Court for the period of time from the Petition Date through March 31, 2021, recognizing that, during the course of the Chapter 11 Case, there may be unforeseeable fees and expenses that will need to be addressed by the Debtor and Reed Smith.  Reed Smith and the Debtor will review the

Budget and Staffing Plan following the close of the budget period to determine a budget and staffing plan for the following period.

19.     Other than as summarized in this Application, no arrangement is proposed between the Debtor and Reed Smith for compensation to be paid in this Chapter 11 Case.  The Debtor understands that Reed Smith has not agreed to share compensation received in connection with this Chapter 11 Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of sharing compensation among Reed Smith's partners.

## DISCLOSURE CONCERNING DISINTERESTEDNESS

20.     Reed Smith has in the past represented, currently represents, and likely in the future will represent, certain parties-in-interest in this Chapter 11 Case, but only in connection with matters wholly unrelated to the Debtor, this Chapter 11 Case, and such entities' claims against or interests in the Debtor.  Pursuant to section 327(c) of the Bankruptcy Code, Reed Smith is not disqualified from acting as the Debtor's counsel merely because it has represented or currently represents certain parties-in-interest in matters unrelated to this Chapter 11 Case.

21.     As set forth below, neither I, Reed Smith, nor any of its partners, counsel, or associates, in so far as I have been able to ascertain, holds or represents any interest adverse to the Debtor's estate in the matters upon which Reed Smith is to be engaged.

22.     Based on the foregoing, to the best of my knowledge, Reed Smith is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b).

23.     Except as set forth below, neither I, Reed Smith, nor any of its partners, counsel, or associates, in so far as I have been able to ascertain after a reasonable inquiry:

(i)      is a creditor of the Debtor, equity security holder, or insider of the Debtor;

(ii)     is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

(iii)    has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason;

(iv)     presently represents a creditor or security holder of the Debtor, or a person otherwise adverse or potentially adverse to the Debtor or its estate, on any matter that is related to the Debtor or its estate;

(v)      has any other connection with the Debtor, creditors of the Debtor, the Office of the United States Trustee or any person employed with that office, the Judges for the United States Bankruptcy Court for the District of Delaware, or any other parties-in-interest (except as otherwise disclosed herein); or

(vi)     has any other interest, direct or indirect, which may affect or be affected by the proposed representation.

24.      To check and clear potential conflicts of interest in this case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, Reed Smith researched its computer client database, to determine whether Reed Smith had any relationships with entities listed on **Schedule 1** hereto, including the Debtor, the names on the creditor matrix, other parties-in-interest, their respective attorneys and accountants (if known), the U.S. Trustee, or any person employed in the Office of the United States Trustee, and the Judges for the United States Bankruptcy Court for the District of Delaware (collectively, the "Interested Parties").   To the extent that Reed Smith's research of its relationships with the Interested Parties indicates that Reed Smith has represented in the past two years, or currently represents, any of these entities in matters unrelated to this Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Reed Smith, are set forth in **Schedule 2** hereto.

25.    In the event that Reed Smith's representation of the Debtor in connection with any matter in this Chapter 11 Case would result in it becoming adverse to a party-in-interest that gives rise to a professional conflict, the Debtor will utilize the services of Kasowitz Benson Torres LLP, as special conflicts counsel, or retain separate counsel to represent its interests with respect to such matter against such party.

26.    The Debtor is aware that Reed Smith currently represents, and, since approximately 1994 has represented Johnson & Johnson in a number of different matters unrelated to the Debtor and this Chapter 11 Case.  The Debtor and its former subsidiary supplied talc to Johnson & Johnson for a time during its history.  Reed Smith will not represent the Debtor in connection with pursuing litigation against Johnson & Johnson regarding indemnification issues or otherwise.  I do not believe that Reed Smith's past or current representation of Johnson & Johnson in matters unrelated to the Debtor or this Chapter 11 Case precludes Reed Smith from being a disinterested party under the Bankruptcy Code.  The Debtor has retained separate counsel, Kasowitz Benson Torres LLP, as special conflicts and indemnification counsel, to address any adversary proceeding in which Johnson & Johnson is directly adverse to the Debtor.

27.    Despite Reed Smith's efforts to identify and disclose its connections with parties-in-interest in this case, Reed Smith is unable to state with certainty that every relevant client connection with the Debtor has been disclosed due to the size of Reed Smith (over 1,500 lawyers with 30 offices on 3 continents) and the fact that the Debtor has many creditors and other relationships.  Further, Reed Smith will periodically review its files during the pendency of the Chapter 11 Case to ensure that no conflicts or other disqualifying circumstances exist or arise.  If Reed Smith discovers any additional connection, Reed Smith will file a supplemental disclosure with the Court, as required by Bankruptcy Rule 2014(a).

28.     No agreement or understanding exists between Reed Smith and any other person for any division or sharing of compensation that is prohibited by statute.

## **ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES**

29.     The following answers are provided in response to the questions set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

a.      Except for an agreement to discount its standard hourly rates by 10% for purposes of this Chapter 11 Case, Reed Smith did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for comparable chapter 11 reorganizations in its postpetition representation of the Debtor in the Chapter 11 Case.

b.      Reed Smith does not have one rate that applies to an individual biller for all matters for all clients.  Reed Smith's rates for an individual biller may vary as a function of the type of matter, geographic factors, the nature of certain long-term client relationships, and various other factors.  As a result, the professionals included in this engagement vary their rate based on a variety of factors, including geographic location of the bankruptcy case.

c.      The billing rates and material financial terms of Reed Smith's prepetition engagement by the Debtor are as set forth herein and in the Application.  Such billing rates and material financial terms have not changed postpetition.

d.      Reed Smith, in conjunction with the Debtor, has developed a staffing plan and is developing a prospective budget for the Chapter 11 Case for the period from the Petition Date through approximately March 31, 2021.

30.     The foregoing constitutes the statement of Reed Smith, pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 18, 2021               */s/ Paul M. Singer*
                                        Paul M. Singer, Esq.

**SCHEDULE 1**

Data Sources for Connections Chart[1]

(Attached)

---

[1] This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

**SCHEDULE 1**

<u>Data Sources for Connections Check</u>

1.    **Debtor and Affiliated Entities**

Ajo Improvement Company
Amax Arizona, Inc.
Amax Energy Inc.
Amax Exploration, Inc.
Amax Metals Recovery, Inc.
Amax Nickel Overseas Ventures, Inc.
Amax Research & Development, Inc.
Amax Specialty Coppers Corporation
Amax Specialty Metals (Driver), Inc.
Amax Zinc (Newfoundland) Limited
American Metal Climax, Inc.
Ametalco Limited
Ametalco, Inc.
Apache Nitrogen Products, Incorporated
Arguello Inc.
Atlantic Copper, S.L.U.
AZ Big Sandy, LLC
Bagdad Fire and Rescue, Inc.
Bisbee Queen Mining Co.
Blackwell Zinc Company, Inc.
Byner Cattle Company
Cane River Development LLC
Capital Gestao de Negocios Ltda.
Chino Acquisition LLC
Circle A of Mississippi, LLC
Climax Canada Ltd.
Climax Engineered Materials, LLC
Climax Molybdenum Asia Corporation
Climax Molybdenum B.V.
Climax Molybdenum China Corporation
Climax Molybdenum Co.
Climax Molybdenum Company
Climax Molybdenum GmbH
Climax Molybdenum Marketing Corporation

Climax Molybdenum U.K. Limited
Compania Exploradora de la Isla, S.A.
Company for Mining and Geology Rakita Exploration Ltd. Beograd
Copper Market, Inc.
Copper Overseas Service Company
Cyprus Amax Indonesia Corporation
Cyprus Amax Minerals Company
Cyprus Climax Metals Company
Cyprus Copper Marketing Corporation
Cyprus Copperstone Gold Corporation
Cyprus El Abra Corporation
Cyprus Exploration and Development Corporation
Cyprus Gold Company
Cyprus Gold Exploration Corporation
Cyprus Metals Company
Cyprus Mines Corporation
Cyprus Pinos Altos Corporation
Cyprus Specialty Metals Company
Cyprus Tohono Corporation
Drum Mountains Mineral Properties LLC
Duplantier & Meric, Architects, L.L.C.
Eastern Mining Company, Inc.
Enarotali Gold Project Limited
FCX Investment LLC
FCX Investment Ltd
FCX Oil & Gas LLC
FLOBARCO S.A. de C.V.
FM Chile Holdings Inc.
FM Services Company
FNS Holdings, LLC
Freeport Asia Holdings Pte. Ltd.
Freeport Azufre Limitada
Freeport Canadian Exploration

Company
Freeport Cobalt Americas LLC
Freeport Cobalt Europe GmbH
Freeport Cobalt Japan Inc.
Freeport Cobalt Oy
Freeport Cobalt Trading (Shanghai) Co., Ltd.
Freeport Copper Company
Freeport Finance Company B.V.
Freeport International, Incorporated
Freeport Minerals Corporation
Freeport Overseas Service Company
Freeport Research and Engineering Company
Freeport Sulphur Company
Freeport Warim Inc.
Freeport-McMoRan Americas
Freeport-McMoRan Australasia Inc.
Freeport-McMoRan Bagdad Inc.
Freeport-McMoRan Bulgaria B.V.
Freeport-McMoRan Chino Inc.
Freeport-McMoRan Chino Mines Company
Freeport-McMoRan Cobalt Holdings Limited
Freeport-McMoRan Copper & Gold China Corporation
Freeport-McMoRan Copper & Gold Energy Services LLC
Freeport-McMoRan Copper & Gold Investment Co., S.A.
Freeport-McMoRan Energy LLC
Freeport-McMoRan Exploration & Production LLC
Freeport-McMoRan Exploration Australia Pty Ltd
Freeport-McMoRan Exploration Corporation
Freeport-McMoRan Exploration Corporation (03-19-2015)
Freeport-McMoRan Foundation
Freeport-McMoRan Inc.
Freeport-McMoRan Indonesia
Freeport-McMoRan Mercantile Company Inc.
Freeport-McMoRan Miami Inc.

Freeport-McMoRan Mineral Properties Canada Inc.
Freeport-McMoRan Mineral Properties Inc.
Freeport-McMoRan Mining Company
Freeport-McMoRan Morenci Inc.
Freeport-McMoRan Nevada LLC
Freeport-McMoRan of Canada Limited
Freeport-McMoRan Oil & Gas Inc.
Freeport-McMoRan Oil & Gas LLC
Freeport-McMoRan Rod and Refining
Freeport-McMoRan Safford Inc.
Freeport-McMoRan Sales Company Inc.
Freeport-McMoRan Shelf Properties LLC
Freeport-McMoRan Sierrita Inc.
Freeport-McMoRan Spain Inc.
Freeport-McMoRan Tyrone Inc.
Freeport-McMoRan Tyrone Mining LLC
Gaviota Gas Plant Company
Grande Ecaille Land Company, Inc.
Habirshaw Cable and Wire Corporation
Hidalgo Mining, LLC
International Administrative Services Company
International Air Capital Inc.
International ASAZ LLC
International Mining Investments, LLC
International Purveyors Inc.
International Support LLC
Inversiones de Cobre Chile Co. S.A.
James Douglas Insurance Company, Ltd.
Jenny East Holdings Ltd.
K-Mc Venture I LLC
KEMF FPMCC, LLC
Khabarovsk Minerals, LLC
Kisanfu Holdings Ltd.
Koboltti Chemicals Holdings

Limited
Las Quintas Serenas Water Co.
LHD Ventures, LLC
Main Pass Energy Hub LLC
McMoRan Exploration LLC
McMoRan Oil & Gas LLC
Midwest Land Acquisition Company LLC
Minera Cobre Chile Co. S.A.
Minera Cuicuilco S.A. de C.V.
Minera Freeport-McMoRan South America Limitada
Minera Freeport-McMoRan South America S.A.C.
Missouri Lead Smelting Company
MSS Properties, LLC
Mt. Emmons Mining Company
Nabire Bakti L.L.C.
Nicaro Nickel Company
Overseas Service Company
Pacific Western Land Company
PD Chile Holding Company Limitada
PD Peru, Inc.
PD Receivables LLC
PDM Energy, L.L.C.
PDRC Laurel Hill 9, LLC
PDRC Laurel Hill Development, LLC
Phelps Dodge Ajo, Inc.
Phelps Dodge Congo S.A.R.L.
Phelps Dodge Development Corporation
Phelps Dodge Hidalgo, Inc.
Phelps Dodge High Performance Conductors of NJ
Phelps Dodge Industries, Inc.
Phelps Dodge Katanga Corporation
Phelps Dodge Mining (Zambia) Limited
Phelps Dodge Molybdenum Corporation
Phelps Dodge of Africa, Ltd.
Phelps Dodge Refining Corporation
Plains Acquisition Corporation
Pogo Partners, Inc.

Point Arguello Natural Gas Line Company
Point Arguello Pipeline Company
PT Airfast Aviation Facilities Company
PT Eksplorasi Nusa Jaya
PT Freeport Indonesia
PT Freeport Management Indonesia
PT Indonesia Papua Metal Dan Mineral
PT Irja Eastern Minerals
PT Kencana Infra Nusakarya
PT Kencana Wisata Nusakarya
PT Mineserve International
PT Mitradaya Petikemas Servicatama
PT Mitradaya Vulkanisindo
PT Nabire Bakti Mining
PT Papua Utama Mitra
PT Puncakjaya Power
PT Smelting
PXP Gulf Coast LLC
PXP Louisiana L.L.C.
PXP Louisiana Operations LLC
PXP Producing Company LLC
QTRDOG, LLC
Rakita (BVI) Ltd.
RCFPCREI Ranch, LLC
RCFPMCC, LLC
Red Metal Limited
SCFPCREI Ranch, LLC
SCFPMCC, LLC
Servicios Especiales Nacionales, S.A. de C.V.
Silver Springs Ranch, Inc.
Sociedad Contractual Minera El Abra
Sociedad Minera Cerro Verde S.A.A.
Southern Bayou Holdings LLC
Southern Pearl Holdings LLC
Stratus Properties Inc.
Sun Ranch - Palisades Partners LLC
Tank Barge LLC
The Apache Peaks Association
The Limited Liability Company

Amur Minerals
The Morenci Water & Electric Company
Timok Metals doo Bor, Cara Lazara bb, 19210 Bor
Tucson, Cornelia and Gila Bend

Railroad Company
United States Metals Refining Company
Warren Company
Western Nuclear, Inc.

**2.    Debtor's Restructuring and Other Significant Professionals**

Kasowitz Benson Torres LLP
Prime Clerk, LLC

Reed Smith LLP

**3.    Debtor's Other Professionals**

Aaron & Gianna PLC
Alston & Bird LLP
Altep California LLC
Barber Law Firm PLLC
Bennett Bigelow & Leedom, P.S.
Browning Kaleczyc Berry & Hoven PC
Coughlin Duffy LLP
Covington & Burling LLP
Day Pitney LLP
Dentons LLP
Dykema Gossett PLLC
Fisherbroyles LLP
Franden Farris Quillin Goodnight & Roberts
Gallagher & Kennedy
Haynsworth Sinkler Boyd PA
Heyl Royster Voelker & Allen, PC
Husch Blackwell Sanders LLP
Litchfield Cavo LLP

McCarter & English LLP
Milligan Lawless PC
Moore & Jackson LLP
Onebane Law Firm
Phillips Goldman Mclaughlin & Hall PA
Rawle & Henderson LLP
Riley Bennett Egloff LLP
Robinson & Mcelwee PLLC
Sandberg Phoenix & Von Gontard PC
Shapiro Blasi Wasserman & Hermann PA
Sheppard Mullin Richter & Hampton LLP
Steptoe & Johnson PLLC
Stroock & Stroock & Lavan LLP
Vinson & Elkins LLP

**4.    Current and Former Officers and Directors (Up to 3 Years)**

Richard C. Adkerson
Michael J. Arnold
Cyprus Amax Materials Company
D. Jansing Baker
Deborah A. Ban
Robert R. Boyce
William E. Cobb
Douglas N. Currault II
Hugh O. Donahue
Dean T. Falgoust

Stephen T. Higgins
Daniel R. Hughes
Michele A. Hughes
Jennifer L. Karns
Francis R. McAllister, Jr.
Richards L. McMillan, II
Kathleen L. Quirk
Linda K. Scott
K. Scott Statham
Steven I. Tanner

Claude D. Whitmire, Jr.

**5.    Law Firms Representing Parties that Have Asserted Talc Claims Against the Debtor  and Cyprus Amax Minerals Company**

Anapol Weiss
Baggett, McCall, Burgess, Watson & Gaughan LLC
Barnes Law Group LLC
Beasley Allen Law Firm
Belluck & Fox
Bergman Draper Oslund, PLLC
Brayton Purcell, LLP
Brown Kiely LLP
Buck Law Firm LLP
Carey Danis & Lowe
Chandler McNulty, LLP
Cheek Law Firm
Cheeley Law Group, LLC
Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP
Cohen, Placitella & Roth, P.C.
Cooney and Conway
Cory Watson, P.C.
Cotthoff & Willen
Dean Omar Branham Shirley, LLP
Deaton Law Firm
Dutton Daniels Hines Kalkhoff Cook & Swanson, PLC
Early Law Firm
Early Lucarelli Sweeney & Meisenkothen
Edward O. Moody, P.A.
Farris, Riley & Pitt, LLP
Ferraro Law Firm, P.A.
Ferrell Law Group
Flint Law Firm LLC
Gawthrop Greenwood, P.C.
George & Farinas, LLP
Gettys Law Group, APLC
Goldberg Persky & White
Goodman, Meagher & Enoch LLP
Gori Law Firm, P.C.
Hale, Skemp, Hanson, Skemp & Sleik
Holland Law Firm

Horton Law Firm
Hovde Dassow & Deets, LLC
Kanuru Law Group, P.C.
Karst & Von Oiste, LLP
Kassel McVey
Kazan McClain Satterley & Greenwood
Keller Fishback & Jackson LLP
King Firm
Kohn Law, P.A.
Kovacich Snipes, P.C.
Landry & Swarr, LLC
Lanier Law Firm, PLLC
Levy Konigsberg, LLP
Lipsitz & Ponterio, LLC
Martin Law Firm
Martzell, Bickford & Centola, APC
Matthew L. Sharp, Ltd.
Maune Raichle Hartley French & Mudd LLC
McDermott & Hickey, LLC
Meirowitz & Wasserberg, LLP
Motley Rice LLC
Moyers Law P.C.
Mulinix Goerke & Meyer, PLLC
Neblett, Beard, & Arseneault
Nemeroff Law Firm
O'Shea & Reyes, LLC
Odegaard Kovacich Snipes
Onder Law, LLC
Peter Angelos, P.C.
Phillips & Paolicelli, LLP
Rebecca S. Vinocur, P.A.
Richardson, Patrick, Westbrook & Brickman
Robert N. Wadington & Associates
Ruckdeschel Law Firm LLC
Satterley & Kelly, PLLC
Schmidt, Sethi & Akmajian, PLLC
Segal Law Firm
Shrader & Associates, L.L.P.
Sieben Polk P.A.

Simmons Hanly Conroy, LLC
Simon Greenstone Panatier P.C.
Szaferman LaKind Blumstein &
Blader, P.C.
Thomas J. Owens, Attorney
Thornton Law Firm
Vogelzang Law
Wallace and Graham, PA
Ward Black Law Firm

Waters Kraus & Paul
Watson McKinney LLP
Weinstein Caggiano, PLLC
Weitz & Luxenberg
Wilentz, Goldman & Spitzer
Worthington & Caron, P.C.
Wylder Corwin Kelly LLP
Zelbst, Holmes & Butler

**6.    Prepetition Legal Representative for Future Talc Personal Injury Claimants and Related Professionals**

James L. Patton, Jr.

Young Conaway Stargatt & Taylor, LLP

**7.    Counsel to the Prepetition Ad Hoc Committee of Law Firms Representing Holders of Talc Personal Injury Claims**

Gilbert LLP
Robinson & Cole LLP

Willkie Farr & Gallagher LLP

**8.    Debtor's Bank**

Bank of America

**9.    Insurers and Insurance Agents**

Aetna Casualty & Surety Co. (n/k/a
Travelers Casualty and Surety
Company of America)
AIU Insurance Co.
Central National Insurance Company
of Omaha
CNA Casualty of California
Columbia Casualty Co.
Continental Casualty Co.
Employers Mutual Casualty
Company
Fireman's Fund Insurance Co.
Granite State Insurance Co.
Harbor Insurance Co. (n/k/a
Greenwich Insurance Company)
International Surplus Lines
Company (n/k/a TIG Insurance
Company)

Lexington Insurance Company
Lloyds of London
National Union Fire Insurance
Company of Pittsburgh, PA
Old Republic Insurance Company
Stonewall Insurance Co. (n/k/a
Berkshire Hathaway Specialty
Insurance Company)
The American Insurance Co.
The Manhattan Fire and Marine
Insurance Company (n/k/a Westport
Insurance Corporation)
The North River Insurance Company
Truck Insurance Exchange
Unigard Mutual Insurance Company
(n/k/a Seaton Insurance Company)

10.    **Taxing and Other Governmental Authorities**

City of Sault Ste. Marie
City of Windham
Colorado Park County
Michigan Department of
Environment, Great Lakes, and
Energy
New Jersey Department of
Environmental Protection

New York State Department of
Environmental Conservation
State of New Jersey Dept. of
Treasury Division of Revenue
U.S. Environmental Protection
Agency

11.    **Other Parties**

Austwide Mining Title Management
Pty Ltd.
Concur American Express
Conestoga-Rovers and Associates
Dolan Xitco Consulting Group
Exponent Inc.
Fenn Consulting LLC
GHD Services Inc.
Golder Association Inc.
Honigman LLP
Hygiene Tech Inc.
Imerys Talc America, Inc.
Imerys Talc Canada Inc.
Imerys Talc Vermont, Inc.
Insight Exposure & Risk Sciences
Inc.
Johnson & Johnson
Johnson & Johnson Baby Products
Company
Johnson & Johnson Consumer
Companies, Inc.

Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer
Products, Inc.
LDISC Holdings LLC
Lighthouse Document Technologies,
Inc. (f/k/a Discovia and Lifey
Thames Group LLC)
McElvain Oil and Gas Properties,
Inc.
Portfolio Media Inc.
Ramboll US Corporation
Recordtrak Inc.
Ricoh USA Inc.
Rim Operating Inc.
RJ Lee Group Inc.
Statistics Collaborative
Teris-Phoenix LLC
The Claro Group, LLC
Toxico Logic Inc.

12.    **United States Bankruptcy Judges in the District of Delaware**

Chief Judge Christopher S. Sontchi
Judge Ashely M. Chan
Judge John T. Dorsey
Judge Karen B. Owens

Judge Brendan L. Shannon
Judge Laure Selber Silverstein
Judge Mary F. Walrath

13.    **United States Trustee for the District of Delaware (and Key Staff Members)**

T. Patrick Tinker, Assistant U.S.
Trustee

Lauren Attix, Paralegal Specialist
David Buchbinder, Trial Attorney

Linda Casey, Trial Attorney
Denis Cooke, Auditor (Bankruptcy)
Holly Dice, Auditor (Bankruptcy)
Shakima L. Dortch, Paralegal
Specialist
Timothy J. Fox, Jr., Trial Attorney
Diane Giordano, Bankruptcy Analyst
Christine Green, Paralegal Specialist
Benjamin Hackman, Trial Attorney
Nyanquoi Jones, Auditor
(Bankruptcy)
Jane Leamy, Trial Attorney
Hannah M. McCollum, Trial
Attorney
Joseph McMahon, Trial Attorney

James R. O'Malley, Auditor
(Bankruptcy)
Michael Panacio, Auditor
(Bankruptcy)
Linda Richenderfer, Trial Attorney
Juliet Sarkessian, Trial Attorney
Richard Schepacarter, Trial Attorney
Edith A. Serrano, Paralegal
Specialist
Rosa Sierra, Trial Attorney
Karen Starr, Auditor (Bankruptcy)
David Villagrana, Trial Attorney
Ramona Vinson, Paralegal Specialist
Dion Wynn, Paralegal Specialist

**14.    Clerk of Court and Deputy for the District of Delaware**

Una O'Boyle, Clerk of Court
Stephen Grant, Chief Deputy Clerk

**SCHEDULE 2**

Schedule of Interested Parties with "connections" to Reed Smith[1]

| PARTY-IN-INTEREST | NATURE OF RELATIONSHIP WITH DEBTOR | NATURE OF CONNECTION WITH REED SMITH |
|---|---|---|
| Atlantic Copper, S.L.U. | Debtor and Affiliated Entities | Reed Smith represents a client in an unrelated matter adverse to Atlantic Copper, S.L.U. |
| Cyprus Mines Corporation | Debtor and Affiliated Entities | Reed Smith represents Cyprus Mines Corporation in this Chapter 11 Case. |
| FCX Oil & Gas | Debtor and Affiliated Entities | Reed Smith represents a client in an unrelated matter adverse to FCX Oil & Gas. |
| Freeport-McMoRan | Debtor and Affiliated Entities | Reed Smith represents clients in unrelated matters adverse to Freeport-McMoRan. |
| Sociedad Minera Cerro Verde S.A.A. | Debtor and Affiliated Entities | Reed Smith represents a client in an unrelated matter adverse to Sociedad Minera Cerro Verde S.A.A. |
| Covington & Burling LLP | Debtor's Restructuring and Other Significant Professionals | Reed Smith represents Covington & Burling in unrelated matters. |
| McCarter & English LLP | Debtor's Other Professionals | Reed Smith represents McCarter & English LLP in unrelated matters. |
| Steptoe & Johnson PLLC | Debtor's Other Professionals | A partner of Reed Smith served as an expert witness on behalf of a plaintiff in an unrelated matter adverse to Steptoe & Johnson PLLC. |
| Martin Law Firm | Law Firms Representing Parties that Have Asserted Talc Claims Against the Debtor | Reed Smith represents Martin Law in other unrelated matters. |
| Bank of America | Debtor's Bank | Reed Smith represents Bank of America and its affiliates in unrelated matters. |

---

[1] Nothing contained herein shall constitute an admission by the Debtor as to status of any party or any claims it may or may not hold.

| Aetna Casualty & Surety Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Aetna Casualty & Surety Co. |
|---|---|---|
| Travelers Casualty and Surety Company of America | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Travelers Casualty and Surety Company of America. |
| AIU Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to AIU Insurance Co. |
| Central National Insurance Company of Omaha | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Central National Insurance Company of Omaha. |
| CNA Casualty of California | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to CNA Casualty of California. |
| Columbia Casualty Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Columbia Casualty Co. |
| Continental Casualty Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Continental Casualty Co. |
| Employers Mutual Casualty Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Employers Mutual Casualty Company. |
| Fireman's Fund Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Fireman's Fund Insurance Co. |
| Granite State Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Granite State Insurance Co. |
| Harbor Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Harbor Insurance Co. |

| | | |
|---|---|---|
| Greenwich Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Greenwich Insurance Company. |
| International Surplus Lines Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to International Surplus Lines Company. |
| TIG Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to TIG Insurance Company. |
| Lexington Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Lexington Insurance Company. |
| Lloyds of London | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Lloyds of London. |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to National Union Fire Insurance Company of Pittsburgh, PA. |
| Old Republic | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Old Republic. |
| Stonewall Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Stonewall Insurance Co. |
| Berkshire Hathaway Specialty Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Berkshire Hathaway Specialty Insurance Company. |
| The American Insurance Co. | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to The American Insurance Co. |
| The Manhattan Fire and Marine Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to The Manhattan Fire and Marine Insurance Company. |

| | | |
|---|---|---|
| Westport Insurance Corporation | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Westport Insurance Corporation. |
| The North River Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to The North River Insurance Company. |
| Truck Insurance Exchange | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Truck Insurance Exchange. |
| Unigard Mutual Insurance Company | Insurers and Insurance Agents | Reed Smith represents other clients in unrelated matters adverse to Unigard Mutual Insurance Company. |
| New Jersey Department of Environmental Protection | Taxing and Other Governmental Authorities | Reed Smith represents other clients in unrelated matters adverse to New Jersey Department of Environmental Protection. |
| New York State Department of Environmental Conservation | Taxing and Other Governmental Authorities | Reed Smith represents other clients in unrelated matters adverse to New York State Department of Environmental Conservation. |
| State of New Jersey Dept. of Treasury Division of Revenue | Taxing and Other Governmental Authorities | Reed Smith represents other clients in unrelated matters adverse to State of New Jersey Dept. of Treasury Division of Revenue. |
| U.S. Environmental Protection Agency | Taxing and Other Governmental Authorities | Reed Smith represents other clients in unrelated matters adverse to U.S. Environmental Protection Agency. |
| Imerys Talc America, Inc. | Other Parties | Reed Smith represents Imerys Talc America, Inc. in unrelated matters. |
| Johnson & Johnson | Other Parties | Reed Smith represents Johnson & Johnson and its affiliates in unrelated matters. |
| Insight Exposure & Risk Sciences Inc. | Other Parties | Reed Smith represents other clients in unrelated matters adverse to Insight Exposure & Risk Sciences Inc. |

| Ricoh USA Inc. | Other Parties | Reed Smith represents Ricoh USA Inc. in other unrelated matters. |