# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-10398 (LSS)<br><br>Hearing Date: May 5, 2021, at 10:00 a.m. (Eastern)<br>Obj. Deadline: April 28, 2021, at 4:00 p.m. (Eastern) |

### NOTICE OF DEBTOR'S *AMENDED* MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING BAR DATES FOR SUBMITTING PROOFS OF CLAIM, (II) APPROVING PROCEDURES FOR SUBMITTING PROOFS OF CLAIM, AND (III) APPROVING NOTICE THEREOF

**PLEASE TAKE NOTICE** that, on February 18, 2021, Cyprus Mines Corporation (the "Debtor"), the debtor-in-possession in the above-captioned chapter 11 case, filed the *Debtor's Motion for Entry of an Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof* [D.I. 50] (the "Initial Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 14, 2021, the Debtor filed the *Debtor's Amended Motion for Entry of an Order (I) Establishing Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof* (the "Amended Motion") with the Court.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Amended Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned, proposed attorneys for the Debtor so as to be received on or before **April 28, 2021, at 4:00 p.m. (Eastern)**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Ave., Phoenix, AZ 85004.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Amended Motion are received, the Amended Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **May 5, 2021, at 10:00 a.m. (Eastern).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE AMENDED MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE AMENDED MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  April 14, 2021<br>          Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  /s/ Jason D. Angelo<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801-1163<br>Telephone:  (302) 778-7500<br>Facsimile:  (302) 778-7575<br>E-mail:  kgwynne@reedsmith.com<br>E-mail:  jangelo@reedsmith.com<br><br>-and-<br><br>Paul M. Singer (admitted *pro hac vice*)<br>Luke A. Sizemore (admitted *pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone:  (412) 288-3131<br>Facsimile:  (412) 288-3063<br>E-mail:  psinger@reedsmith.com<br>E-mail:  lsizemore@reedsmith.com<br><br>*Counsel to the Debtor and the Debtor-in-Possession* |