# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10398 (LSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## VIDEO HEARING ON AUGUST 25, 2022, AT 10:00 A.M. (EASTERN)
## BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE
## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]

**This hearing will be conducted in-person. Out-of-town counsel may appear remotely by registering with the Zoom link below no later than August 25 at 8:00 a.m.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItceuuqTgiEurGORPxYcc-KGyFnWX4u3U**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**I. MATTERS CONTINUED TO THE OMNIBUS HEARING SCHEDULED FOR SEPTEMBER 22, 2022 AT 10:00 A.M. (EASTERN)**

1. Third Interim Fee Application of Togut, Segal & Segal LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2021 through December 31, 2021 [D.I. 841; Filed on February 7, 2022].

   Related Documents:

   a. Seventh Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2021 through October 31, 2021 [D.I. 736; Filed on December 17, 2021].

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Ave., Phoenix, AZ 85004.

[2] All applications and other filings referenced herein are available online at the following address: https://cases.ra.kroll.com/cyprusmines/Home-Index.

b. Certification of No Objection for Seventh Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2021 through October 31, 2021 [D.I. 787; Filed on January 10, 2022].

c. Eighth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2021 through November 30, 2021 [D.I. 791; Filed on January 12, 2022].

d. Certification of No Objection for Eighth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2021 through November 30, 2021 [D.I. 829; Filed on February 3, 2022].

e. Ninth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2021 through December 31, 2021 [D.I. 827; Filed on February 1, 2022].

f. Certification of No Objection for Ninth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2021 through December 31, 2021 [D.I. 883; Filed on February 23, 2022].

g. Re-Notice of Hearing of the Interim Fee Applications for Professionals to the Future Claimants' Representative [D.I. 968; Filed April 18, 2022].

Response Deadline: February 28, 2022, at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

2. Fourth Interim Fee Application of Togut, Segal & Segal LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2022 through March 31, 2022 [D.I. 1067; Filed June 10, 2022].

Related Documents:

- a. Tenth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2022 through January 31, 2022 [D.I. 906; Filed March 7, 2022].

- b. Certification of No Objection for Tenth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2022 through January 31, 2022 [D.I. 936; Filed March 29, 2022].

- c. Eleventh Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from February 1, 2022 through February 28, 2022 [D.I. 952; Filed April 12, 2022].

- d. Certification of No Objection for Eleventh Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from February 1, 2022 through February 28, 2022 [D.I. 994; Filed May 4, 2022].

- e. Twelfth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from March 1, 2022 through March 31, 2022 [D.I. 1045; Filed May 24, 2022].

- f. Certification of No Objection for Twelfth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the period from March 1, 2022 through March 31, 2022 [D.I. 1095; Filed June 15, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

3. Fifth Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of January 1, 2022 to March 31, 2022 [D.I. 1076; Filed June 10, 2022].

Related Documents:

a. Twelfth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of January 1, 2022 through January 31, 2022 [D.I. 900; Filed March 3, 2022].

b. Certificate of No Objection Regarding Twelfth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of January 1, 2022 through January 31, 2022 [D.I. 933; Filed March 25, 2022].

c. Thirteenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of February 1, 2022 through February 28, 2022 [D.I. 934; Filed March 25, 2022].

d. Certificate of No Objection Regarding Thirteenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of February 1, 2022 through February 28, 2022 [D.I. 969; Filed April 18, 2022].

e. Fourteenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of March 1, 2022 through March 31, 2022 [D.I. 981; Filed April 26, 2022].

f. Certificate of No Objection Regarding Fourteenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of March 1, 2022 through March 31, 2022 [D.I. 1017; Filed May 18, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

4. Third Interim Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period October 1, 2021, through December 31, 2021 [D.I. 1082; Filed June 10, 2022].

   Related Documents:

   a. Eighth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period October 1, 2022, through October 31, 2022 [D.I. 679; Filed November 30, 2021].

   b. Certification of No Objection Regarding Eighth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period October 1, 2022, through October 31, 2022 [D.I. 755; Filed December 22, 2021].

   c. Ninth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period November 1, 2022, through November 31, 2022 [D.I. 910; Filed March 10, 2022].

   d. Certification of No Objection Regarding Ninth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period November 1, 2022, through November 31, 2022 [D.I. 944; Filed April 7, 2022].

   e. Tenth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period December 1, 2022, through December 31, 2022 [D.I. 911; Filed March 10, 2022].

   f. Certification of No Objection Regarding Tenth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period December 1, 2022, through December 31, 2022 [D.I. 945; Filed April 7, 2022].

   Response Deadline:   July 1, 2022 at 4:00 p.m. (Eastern).

   Responses Received:  None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

5. Fourth Interim Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022, through March 31, 2022 [D.I. 1083; Filed June 10, 2022].

   Related Documents:

   a. Eleventh Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022, through January 31, 2022 [D.I. 942; Filed April 4, 2022].

   b. Certification of No Objection Regarding Eleventh Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022, through January 31, 2022 [D.I. 984; Filed April 26, 2022].

   c. Twelfth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period February 1, 2022, through February 28, 2022 [D.I. 943; Filed April 4, 2022].

   d. Certification of No Objection Regarding Twelfth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period February 1, 2022, through February 28, 2022 [D.I. 985; Filed April 26, 2022].

   e. Thirteenth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period March 1, 2022, through March 31, 2022 [D.I. 992; Filed May 3, 2022].

   f. Certification of No Objection Regarding Thirteenth Monthly Application of Caplin & Drysdale, Chartered for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period March 1, 2022, through March 31, 2022 [D.I. 1052; Filed May 27, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

6. Fourth Interim Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022 [D.I. 1064; Filed June 10, 2022].

    Related Documents:

    a. Eighth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through January 31, 2022 [D.I. 874; Filed February 2, 2022].

    b. Certificate of No Objection Regarding Eighth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through January 31, 2022 [D.I. 915; Filed March 16, 2022].

    c. Ninth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 921; Filed March 21, 2022].

    d. Certificate of No Objection Regarding Ninth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 949; Filed April 12, 2022].

    e. Tenth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 972; Filed April 20, 2022].

    f. Certificate of No Objection Regarding Tenth Monthly Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 1004; May 12, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

7. Fourth Interim Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from January 1, 2022 through March 31, 2022 [D.I. 1071; Filed June 10, 2022].

   Related Documents:

   a. Eighth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from January 1, 2022 through January 31, 2022 [D.I. 941; Filed March 31, 2022].

   b. Certificate of No Objection Regarding Eighth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from January 1, 2022 through January 31, 2022 [D.I. 982; Filed April 26, 2022].

   c. Ninth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from February 1, 2022 through February 28, 2022 [D.I. 1023; Filed May 19, 2022].

   d. Certificate of No Objection Regarding Ninth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from February 1, 2022 through February 28, 2022 [D.I. 1086; Filed June 13, 2022].

   e. Tenth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from March 1, 2022 through March 31, 2022 [D.I. 1024; Filed May 19, 2022].

f. Certificate of No Objection Regarding Tenth Monthly Application of Province, LLC as Financial Advisor to the Official Committee of Tort Claimants and the Future Claimants' Representative for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period from March 1, 2022 through March 31, 2022 [D.I. 1087; Filed June 13, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This matter has been continued to the omnibus hearing scheduled for September 22, 2022.

## II. INTERIM FEE APPLICATIONS

8. Interim Fee Applications of Reed Smith LLP; Kasowitz Benson Torres LLP; Campbell & Levine, LLC; Anderson Kill P.C.; Axlor Consulting LLC; Frankel & Wyron LLP; Togut, Togut & Segal LLP; Burr & Forman LLP; Archer & Greiner P.C.; and Godfrey & Kahn, S.C.

   Related Documents: *See* **Exhibit A**.

   Response Deadline: *See* **Exhibit A**.

   Responses Received: *See* **Exhibit A**.

   Status: With respect to the *Third Interim Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of July 1, 2021 to September 30, 2021* [D.I. 694; Filed on December 3, 2021], counsel from Kasowitz Benson Torres LLP will address the Court's questions and concerns raised at the July 21, 2022 omnibus hearing regarding this application at the hearing. The remaining uncontested matters are going forward only to the extent the Court has questions or concerns.

   [*The remainder of this page has been left intentionally blank.*]

| | |
|---|---|
| Dated: August 23, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By: */s/ Jason D. Angelo*<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: jangelo@reedsmith.com<br><br>- and -<br><br>Paul M. Singer (admitted *pro hac vice*)<br>Luke A. Sizemore (admitted *pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>E-mail: psinger@reedsmith.com<br>E-mail: lsizemore@reedsmith.com<br><br>*Counsel to Debtor and Debtor-in-Possession* |