# EXHIBIT A

Interim Fee Applications Scheduled for Hearing
on August 25, 2022 at 10:00 a.m. (Eastern)

(Attached)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10398 (LSS) |

## INTERIM FEE APPLICATIONS SCHEDULED FOR HEARING ON AUGUST 25, 2022 AT 10:00 A.M. (EASTERN)

**I.  REED SMITH LLP**

1.  Fifth Interim Application for Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from January 1, 2022 through March 31, 2022 [D.I. 1080; Filed June 10, 2022].

    Related Documents:

    a.  Eleventh Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period January 1, 2022 through January 31, 2022 [D.I. 887; Filed February 28, 2022].

    b.  Certificate of No Objection Regarding Eleventh Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period January 1, 2022 through January 31, 2022 [D.I. 930; Filed March 24, 2022].

    c.  Twelfth Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period February 1, 2022 through February 28, 2022 [D.I. 948; Filed April 12, 2022].

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Ave., Phoenix, AZ 85004.

<ol type="a" start="4">
<li>Certificate of No Objection Regarding Twelfth Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period February 1, 2022 through February 28, 2022 [D.I. 997; Filed May 4, 2022].</li>
<li>Thirteenth Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period March 1, 2022 through March 31, 2022 [D.I. 1002; Filed May 6, 2022].</li>
<li>Certificate of No Objection Regarding Thirteenth Monthly Application of Reed Smith LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period March 1, 2022 through March 31, 2022 [D.I. 1058; Filed June 6, 2022].</li>
<li>Notice of Hearing on the Fifth Interim Application for Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from January 1, 2022 through March 31, 2022 [D.I. 1081; Filed June 10, 2022].</li>
<li>Fee Examiner's Final Report on the Fifth Interim Application for Compensation and Reimbursement of Expenses of Reed Smith LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from January 1, 2022 through March 31, 2022 [D.I. 1229; Filed August 16, 2022].</li>
</ol>

Response Deadline:  July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received:  None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## II. KASOWITZ BENSON TORRES LLP

2. Third Interim Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of July 1, 2021 to September 30, 2021 [D.I. 694; Filed on December 3, 2021].

   Related Documents:

   a. Sixth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of July 1, 2021 to July 31, 2021 [D.I. 531; Filed on September 30, 2021].

b. Certificate of No Objection Regarding Sixth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of July 1, 2021 to July 31, 2021 [D.I. 581; Filed on October 25, 2021].

c. Seventh Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of August 1, 2021 to August 31, 2021 [D.I. 558; Filed on October 11, 2021].

d. Certificate of No Objection Regarding Seventh Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of August 1, 2021 to August 31, 2021 [D.I. 646; Filed on October 16, 2021].

e. Eighth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of September 1, 2021 to September 30, 2021 [D.I. 598; Filed on October 29, 2021].

f. Certificate of No Objection Regarding Eighth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of September 1, 2021 to September 30, 2021 [D.I. 669; Filed on November 24, 2021].

g. Re-Notice of Hearing on Third Interim Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of July 1, 2021 to September 30, 2021 [D.I. 849; Filed on February 9, 2022].

h. Fee Examiner's Final Report on the Third Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2021 to September 30, 2021 [D.I. 1011; Filed on May 13, 2022].

Response Deadline: December 27, 2021, at 4:00 p.m. (Eastern)

Responses Received: None as of the date hereof.

Status: Counsel from Kasowitz Benson Torres LLP will address the Court's questions and concerns raised at the July 21, 2022 omnibus hearing regarding this application at the hearing.

3. Fourth Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2021 to December 31, 2021 [D.I. 853; Filed on February 9, 2022].

   Related Documents:

   a. Ninth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of October 1, 2021 to October 31, 2021 [D.I. 704; Filed on December 8, 2021].

   b. Certificate of No Objection Regarding the Ninth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of October 1, 2021 to October 31, 2021 [D.I. 773; Filed on December 30, 2021].

   c. Tenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of November 1, 2021 to November 30, 2021 [D.I. 772; Filed on December 28, 2021].

   d. Certificate of No Objection Regarding Tenth Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of November 1, 2021 to November 30, 2021 [D.I. 799; Filed on January 20, 2022].

   e. Eleventh Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of December 1, 2021 to December 31, 2021 [D.I. 804; Filed on January 21, 2022].

   f. Certificate of No Objection Regarding Eleventh Monthly Fee Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation for the Period of December 1, 2021 to December 31, 2021 [D.I. 868; Filed on January 28, 2022].

   g. Re-Notice of Hearing on Fourth Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2021 to December 31, 2021 [D.I. 966; Filed on April 18, 2022].

h. Re-Notice of Hearing on Fourth Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2021 to December 31, 2021 [D.I. 991; Filed on May 2, 2022].

i. Fee Examiner's Final Report on the Fourth Interim Application of Kasowitz Benson Torres LLP as Conflicts and Talc Claims Counsel to the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2021 to December 31, 2021 [D.I. 1228; Filed on August 16, 2022].

Response Deadline: March 2, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

### III. CAMPBELL & LEVINE, LLC

4. Fifth Interim Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022 through March 31, 2022 [D.I. 1072; Filed June 10, 2022].

Related Documents:

a. Seventh Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022 through January 31, 2022 [D.I. 938; Filed March 3, 2022].

b. Certificate of No Objection Regarding Seventh Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022 through January 31, 2022 [D.I. 977; Filed April 21, 2022].

c. Eighth Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period February 1, 2022 through February 28, 2022 [D.I. 939; Filed March 30, 2022].

d. Certificate of No Objection Regarding Eighth Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period February 1, 2022 through February 28, 2022 [D.I. 978; Filed April 21, 2022].

e. Ninth Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period March 1, 2022 through March 31, 2022 [D.I. 976; Filed April 21, 2022].

f. Certificate of No Objection Regarding Ninth Monthly Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period March 1, 2022 through March 31, 2022 [D.I. 1015; Filed May 13, 2022].

g. Fee Examiner's Final Report on the Fifth Interim Application of Campbell & Levine, LLC for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Tort Claimants for the Period January 1, 2022 through March 31, 2022 [D.I. 1225; Filed August 16, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

### IV. ANDERSON KILL P.C.

5. Fourth Interim Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period January 1, 2022 to March 31, 2022 [D.I. 1073; Filed June 10, 2022].

Related Documents:

a. Tenth Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period January 1, 2022 to January 31, 2022 [D.I. 888; Filed February 28, 2022].

b. Certificate of No Objection Regarding Tenth Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period January 1, 2022 to January 31, 2022 [D.I. 932; Filed March 24, 2022].

c. Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period February 1, 2022 to February 28, 2022 [D.I. 926; Filed March 23, 2022].

d. Certificate of No Objection Regarding Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period February 1, 2022 to February 28, 2022 [D.I. 961; Filed April 14, 2022].

e. Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period March 1, 2022 to March 31, 2022 [D.I. 988; Filed April 28, 2022].

f. Certificate of No Objection Regarding Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period March 1, 2022 to March 31, 2022 [D.I. 1063; Filed June 10, 2022].

g. Fee Examiner's Final Report on the Fourth Interim Application for Compensation and Reimbursement of Expenses of Anderson Kill P.C. as Special Insurance Counsel to Both the Official Committee of Tort Claimants and the Future Claimants' Representative for the Period January 1, 2022 to March 31, 2022 [D.I. 1223; Filed August 16, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## V. **FRANKEL WYRON LLP**

6. Fourth Interim Fee Application of Frankel Wyron LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022 [D.I. 1066; Filed June 10, 2022].

    Related Documents:

    a. Seventh Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through January 31, 2022 [D.I. 875; Filed February 22, 2022].

    b. Certificate of No Objection for Seventh Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through January 31, 2022 [D.I. 916; Filed March 16, 2022].

    c. Eighth Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 922; Filed March 21, 2022].

    d. Certificate of No Objection for Eighth Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 950; Filed April 12, 2022].

    e. Ninth Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 973; Filed April 20, 2022].

    f. Certificate of No Objection for Ninth Monthly Fee Application of Frankel Wyron LLP as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 1005; Filed May 12, 2022].

    g. Fee Examiner's Final Report on the Fourth Interim Fee Application of Frankel Wyron LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022 [D.I. 1226; Filed August 16, 2022].

Response Deadline:   July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received:  None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## VI. BURR & FORMAN LLP

7. Fourth Interim Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022 [D.I. 1065; Filed June 10, 2022].

    Related Documents:

    a. Seventh Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2022 through January 31, 2022 [D.I. 876; Filed February 22, 2022].

    b. Certificate of No Objection for Seventh Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2022 through March 31, 2022 [D.I. 917; Filed March 16, 2022].

    c. Eighth Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of February 1, 2022 through February 28, 2022 [D.I. 923; Filed March 21, 2022].

    d. Certificate of No Objection for Eighth Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of February 1, 2022 through February 28, 2022 [D.I. 951; Filed April 12, 2022].

    e. Ninth Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of March 1, 2022 through March 31, 2022 [D.I. 974; Filed April 20, 2022].

    f. Certificate of No Objection for Ninth Monthly Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period of March 1, 2022 through March 31, 2022 [D.I. 1006; Filed May 12, 2022].

g. Fee Examiner's Final Report on the Fourth Interim Fee Application of Burr & Forman LLP, Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2022 through March 31, 2022 [D.I. 1224; Filed August 16, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## VII. AXLOR CONSULTING LLC

8. Fourth Interim Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period January 1, 2022 through March 31, 2022 [D.I. 1069; Filed June 10, 2022].

Related Documents:

a. Seventh Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period January 1, 2022 through January 31, 2022 [D.I. 889; Filed February 28, 2022].

b. Certificate of No Objection Regarding Seventh Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period January 1, 2022 through January 31, 2022 [D.I. 929; Filed March 23, 2022].

c. Eighth Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period February 1, 2022 through February 28, 2022 [D.I. 928; Filed March 23, 2022].

d. Certificate of No Objection Regarding Eighth Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services

Rendered for the Period February 1, 2022 through February 28, 2022 [D.I. 962; Filed April 14, 2022].

e. Ninth Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period March 1, 2022 through March 31, 2022 [D.I. 983; Filed April 26, 2022].

f. Certificate of No Objection Regarding Ninth Monthly Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period March 1, 2022 through March 31, 2022 [D.I. 1033; Filed May 23, 2022].

g. Fee Examiner's Final Report on the Fourth Interim Application of Axlor Consulting LLC as Consultant on the Valuation of Talc-Related Liabilities to the Official Committee of Tort Claimants for Allowance of Compensation and Reimbursement of Expenses with Respect to Services Rendered for the Period January 1, 2022 through March 31, 2022 [D.I. 1227; Filed August 16, 2022].

Response Deadline: July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## VIII. TOGUT, SEGAL & SEGAL

9. Second Interim Fee Application of Togut, Segal & Segal LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 through September 30, 2021 [D.I. 686; Filed on December 1, 2021].

Related Documents:

a. Fourth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 through July 31, 2021 [D.I. 503; Filed on September 15, 2021].

b. Certificate of No Objection for Fourth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2021 through July 31, 2021 [D.I. 557; Filed on October 7, 2021].

c. Fifth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021 [D.I. 567; Filed on October 19, 2021].

d. Certification of No Objection for Fifth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2021 through August 31, 2021 [D.I. 627; Filed on November 10, 2021].

e. Sixth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2021 through September 30, 2021 [D.I. 621; Filed on November 9, 2021].

f. Certification of No Objection for Sixth Monthly Fee Statement of Togut, Segal & Segal LLP, as Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2021 through September 30, 2021 [D.I. 689; Filed on December 1, 2021].

g. Re-Notice of Hearing of Interim Fee Applications for the Future Claimants' Representative Professionals [D.I. 834; Filed on February 7, 2022].

h. Re-Notice of Hearing of Interim Fee Applications for Professionals to the Future Claimants' Representative [D.I. 967; Filed on April 18, 2022].

i. Fee Examiner's Final Report on the Second Interim Application of Togut, Segal & Segal LLP, Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2021 through September 30, 2021 [D.I. 1230; Filed August 16, 2022.]

Response Deadline: December 22, 2021, at 4:00 p.m. (Eastern).

Responses Received: None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## IX. ARCHER & GREINER P.C.

10. First Interim Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2021 through March 31, 2022 [D.I. 1074; Filed June 10, 2022].

    Related Documents:

    a. First Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2021 through January 31, 2022 [D.I. 877; Filed February 22, 2022].

    b. Certificate of No Objection for First Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2021 through January 31, 2022 [D.I. 918; Filed March 16, 2022].

    c. Second Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 927; Filed March 23, 2022].

    d. Certificate of No Objection for Second Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2022 through February 28, 2022 [D.I. 960; Filed April 14, 2022].

    e. Third Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 975; Filed April 20, 2022].

    f. Certificate of No Objection for Third Monthly Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2022 through March 31, 2022 [D.I. 1007 Filed May 12, 2022].

    g.    Fee Examiner's Final Report on the First Interim Fee Application of Archer & Greiner, P.C., Local New Jersey Counsel to the Future Claimants' Representative, for Allowance of Compensation and Reimbursement of Expenses for the Period December [1], 2021 through March 31, 2022 [D.I. 1222; Filed August 16, 2022].

Response Deadline:    July 1, 2022 at 4:00 p.m. (Eastern).

Responses Received:    None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## X.    GODFREY & KAHN, S.C.

11.    First Interim Application of Godfrey & Kahn, S.C. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Fee Examiner for the Period from January 3, 2022 through March 31, 2022 [D.I. 1128; Filed June 23, 2022].

Related Documents:    None.

Response Deadline:    July 14, 2022 at 4:00 p.m. (Eastern).

Responses Received:    None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.

## XI.    M. JACOB RENICK, AS FEE EXAMINER

12.    Fifth Interim Fee Application of M. Jacob Renick, as Fee Examiner, for Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through June 30, 2022 [D.I. 1172; Filed July 18, 2022].

Related Documents:

    a.    Certificate of No Objection Regarding Fifth Interim Fee Application of M. Jacob Renick, as Fee Examiner, for Compensation and Reimbursement of Expenses for the Period from April 1, 2022 through June 30, 2022 [D.I. 1209; Filed August 8, 2022].

Response Deadline:    August 8, 2022 at 4:00 p.m. (Eastern).

Responses Received:    None as of the date hereof.

Status: This uncontested matter is going forward only to the extent the Court has questions or concerns.