# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| CYPRUS MINES CORPORATION, | Case No. 21-10398 (LSS) |
| Debtor.[1] | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR *VIDEO* HEARING ON OCTOBER 24, 2023, AT 2:00 P.M. (EASTERN)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE
<u>UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE</u>[3]**

> **<u>This remote hearing will be conducted entirely over Zoom</u> and requires all participants to register in advance.  Please register by <u>October 24, 2023 at 11:00 a.m. (Eastern)</u>**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItcO2trjIrG1-WVPKF6JVsFOnf2bruxlo**
>
> **After registering your appearance by Zoom, you will receive a
> confirmation email containing information about joining the hearing.**

**I.  <u>INTERIM FEE APPLICATIONS</u>**

1. Interim Fee Applications of the following professionals:  (i) Kasowitz Benson Torres LLP; (ii) Axlor Consulting LLC; (iii) Roger Frankel, the Future Claimants' Representative; (iv) Berkeley Research Group, LLC; (v) Burr & Forman LLP; (vi) Frankel Wyron LLP; (vii) Archer & Greiner, P.C.; (viii) Togut, Segal & Segal LLP; (ix) Anderson Kill P.C.; (x) M. Jacob Renick, as Fee Examiner; and (xi) Godrey & Kahn, S.C.

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890.  The Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

[2] **Amended items appear in bolded font.**

[3] All filings referenced herein are available online at https://cases.ra.kroll.com/cyprusmines/Home-Index.

Related Documents:

A.   *See* **Exhibit A**.

B.   **Certification of Counsel Regarding Ninth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 1975; Filed on October 23, 2023].**

Response Deadline:   *See* **Exhibit A**.

Responses Received:   *See* **Exhibit A**.

Status:   **The Debtor has submitted a proposed form of order under certification of counsel regarding the interim fee applications listed on Exhibit A attached hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

Dated: October **23**, 2023               Respectfully submitted,
    Wilmington, Delaware
                                          REED SMITH LLP


                              By:   */s/ Jason D. Angelo*
                                    Kurt F. Gwynne (No. 3951)
                                    Jason D. Angelo (No. 6009)
                                    1201 North Market Street, Suite 1500
                                    Wilmington, DE 19801
                                    Telephone:  (302) 778-7500
                                    Facsimile:   (302) 778-7575
                                    E-mail:  kgwynne@reedsmith.com
                                    E-mail:  jangelo@reedsmith.com

                                    -and-

                                    Paul M. Singer (admitted *pro hac vice*)
                                    Luke A. Sizemore (admitted *pro hac vice*)
                                    Reed Smith Centre
                                    225 Fifth Avenue, Suite 1200
                                    Pittsburgh, PA 15222
                                    Telephone:  (412) 288-3131
                                    Facsimile:   (412) 288-3063
                                    E-mail:  psinger@reedsmith.com
                                    E-mail:  lsizemore@reedsmith.com

                                    *Counsel to Debtor and Debtor-in-Possession*