IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| CYPRUS MINES CORPORATION,[2] | Case No. 21-10398 (LSS) |
| Debtor. | Jointly Administered |

**NOTICE OF SERVICE OF RMI INSURERS' FIRST SET OF REQUESTS FOR PRODUCTION TO THE IMERYS AND CYPRUS DEBTORS IN CONNECTION WITH THE JOINT MOTION OF THE IMERYS DEBTORS AND THE CYPRUS DEBTOR FOR AN ORDER (I) APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE IMERYS DEBTORS, THE CYPRUS DEBTOR, JOHNSON & JOHNSON, AND THE OTHER PARTIES THERETO, AND (II) APPROVING THE SALE OF CERTAIN RIGHTS**

I hereby certify that on September 10, 2024, a true and accurate copy of RMI Insurers' First Set of Requests for Production to the Imerys and Cyprus Debtors in Connection with the Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights was served in the manner indicated on the parties identified below:

Via Email
Mark D. Collins
Michael J. Merchant

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 N. Central Ave., Phoenix, AZ 85004.

Marcos A. Ramos
Amanda R. Steele
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
E-mail:  collins@rlf.com
merchant@rlf.com
ramos@rlf.com
steele@rlf.com

<u>Via Email</u>
Amy Quartarolo
Kim Posin
Matthew Salerno
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
amy.quartarolo@lw.com
kim.posin@lw.com
matthew.salerno@lw.com

<u>Via Email</u>
Angela R. Elbert
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602-3801
E-mail: aelbert@nge.com

<u>Via Email</u>
Paul M. Singer
Luke A. Sizmore
Reed Smith LLP
Reed Smith Center
225 Fifth Avenue, Suite 1300
Pittsburgh, PA 15222
psinger@reedsmith.com
lsizemore@reedsmith.com

Dated: September 10, 2024                          Respectfully Submitted,

                                 By:  /s/ Stamatios Stamoulis
                                    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

*Counsel for Columbia Casualty Company, Continental Casualty Company, in its own right, and as successor to CNA Casualty of California, The Continental Insurance Company, as successor to and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent they issued policies to Cyprus Mines Corporation prior to 1981; and AIU Insurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York and as successor in interest to certain policies issued by London Guarantee & Accident of New York, and Republic Insurance Company to the extent they issued policies to Standard Oil of Indiana prior to 1986.*