**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CYPRUS MINES CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-10398 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 6, 2025 AT 10:00 A.M. (EASTERN)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE
<u>UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE</u>[2]**

> **AT THE DIRECTION OF THE COURT,
> THIS HEARING HAS BEEN ADJOURNED TO
> <u>FEBRUARY 12, 2025 AT 10:00 A.M. (EASTERN)</u>.**

> **THIS HEARING WILL BE CONDUCTED VIA ZOOM.**
>
> To attend a hearing remotely, please register using the
> eCourt Appearance tool (**https://www.deb.uscourts.gov/ecourt-appearances**)
> or on the Court's website at **http://www.deb.uscourts.gov/**.
>
> After the deadline has passed an electronic invitation, with the relevant
> audio or video link, will be emailed to you prior to the hearing.

**I.     ADJOURNED MATTER**

1. Application/Motion to Employ/Retain KCIC, LLC as Consultant and Expert Witness, Effective as of January 9, 2025. [D.I. 2819; Filed on January 9, 2025].

    <u>Response Deadline</u>:          January 23, 2025.

    <u>Response Received</u>:          No Response Received.

---

[1] The last four digits of the Debtor's taxpayer identification number are 0890. The Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

[2] All filings referenced herein are available online at https://cases.ra.kroll.com/cyprusmines/Home-Index.

Related Documents:

A. Certificate of No Objection Regarding the Debtor's Application for an Order Authorizing the Employment and Retention of KCIC, LLC, as Consultant and Expert Witness, Effective as of January 9, 2025. [D.I. 2891; Filed on January 24, 2025].

Status: **This matter has been adjourned to the hearing scheduled for February 12, 2025 at 10:00 a.m.**

Dated: February 4, 2025  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Jason D. Angelo*  
Kurt F. Gwynne (No. 3951)  
Jason D. Angelo (No. 6009)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com  
E-mail: jangelo@reedsmith.com

-and-

Paul M. Singer (admitted *pro hac vice*)  
Luke A. Sizemore (admitted *pro hac vice*)  
Reed Smith Centre  
225 Fifth Avenue, Suite 1200  
Pittsburgh, PA 15222  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: psinger@reedsmith.com  
E-mail: lsizemore@reedsmith.com

*Counsel to Debtor and Debtor-in-Possession*