# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.,* | Case No. 19-10289 (LSS) |
| Debtors. | **Re: D.I. 7918** |
| | (Jointly Administered) |
| In re: | Chapter 11 |
| CYPRUS MINES CORPORATION, | Case No. 21-10398 (LSS) |
| Debtor. | **Re: D.I. 3557** |

**TRAVELERS' JOINDER IN "CERTAIN INSURERS' MOTION *IN LIMINE* TO LIMIT THE SCOPE AND TIMING OF REBUTTAL WITNESS TESTIMONY OF JONATHAN TERRELL"**

Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company hereby join in the November 20, 2025 "Certain Insurers' Motion *In Limine* To Limit The Scope And Timing Of Rebuttal Witness Testimony Of Jonathan Terrell," and adopt and incorporate the arguments set forth therein.

Dated: November 20, 2025
Wilmington, Delaware

*/s/*
FOX ROTHSCHILD LLP
Seth A. Niederman (DE 4588)
Neal J. Levitsky (DE 2092)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email:  sniederman@foxrothschild.com
            nlevitsky@foxrothschild.com
and

179445041.1

SIMPSON THACHER & BARTLETT LLP
Lynn K. Neuner (*pro hac vice*)
Sarah Phillips (*pro hac vice*)
Matthew C. Penny (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: lneuner@stblaw.com
      sarah.phillips@stblaw.com
      matthew.penny@stblaw.com

*Counsel to Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company*