## SCHEDULE I

<u>Cyprus Corporate Parties</u>

**<u>Cyprus Debtor and Parent Companies</u>**
- Cyprus Mines Corporation
- Cyprus Amax Minerals Company (including as successor to Cyprus Minerals Company)
- Freeport Minerals Corporation (including as successor to Phelps Dodge Corporation)
- Freeport-McMoRan Inc.

**<u>Owners of Affiliates of Cyprus Debtor</u>**
- Amax Energy Inc.
- Ametalco Limited
- Ametalco, Inc.
- Arguello Inc.
- Byner Cattle Company
- Climax Molybdenum Company
- Cyprus Amax Indonesia Corporation
- Cyprus Climax Metals Company
- Cyprus El Abra Corporation
- Cyprus Exploration and Development Corporation
- Cyprus Gold Company
- Cyprus Metals Company
- Eastern Mining Company, Inc.
- FCX Oil & Gas LLC
- FM Services Company
- Freeport Sulphur Company
- Freeport-McMoRan Bagdad Inc.
- Freeport-McMoRan Chino Inc.
- Freeport-McMoRan Cobalt Holdings Limited
- Freeport-McMoRan Energy LLC
- Freeport-McMoRan Exploration Corporation
- Freeport-McMoRan Mineral Properties Inc.
- Freeport-McMoRan Oil & Gas LLC
- Freeport-McMoRan Spain Inc.
- Freeport-McMoRan Tyrone Mining LLC
- Hidalgo Mining, LLC
- McMoRan Exploration LLC
- McMoRan Oil & Gas LLC
- Mt. Emmons Mining Company
- Nabire Bakti L.L.C.
- PD Peru, Inc.
- PDRC Laurel Hill 9, LLC
- PDRC Laurel Hill Development, LLC

- Phelps Dodge Industries, Inc.
- Phelps Dodge Katanga Corporation
- Phelps Dodge of Africa, Ltd.
- Phelps Dodge Refining Corporation
- PT Freeport Indonesia
- PT Freeport Management Indonesia
- PXP Gulf Coast LLC
- PXP Louisiana L.L.C.
- PXP Producing Company LLC

**Other Cyprus Debtor Affiliates**
- Ajo Improvement Company
- Amax Arizona, Inc.
- Amax Exploration, Inc.
- Amax Metals Recovery, Inc.
- Amax Nickel Overseas Ventures, Inc.
- Amax Research & Development, Inc.
- Amax Specialty Coppers Corporation
- Amax Specialty Metals (Driver), Inc.
- Amax Zinc (Newfoundland) Limited
- American Metal Climax, Inc.
- Apache Nitrogen Products, Incorporated
- Atlantic Copper, S.L.U.
- AZ Big Sandy, LLC
- Bagdad Fire and Rescue, Inc.
- Bisbee Queen Mining Co.
- Blackwell Zinc Company, Inc.
- Capital Gestão de Negócios Ltda.
- Chino Acquisition LLC
- Climax Canada Ltd.
- Climax Molybdenum Asia Corporation
- Climax Molybdenum B.V.
- Climax Molybdenum China Corporation
- Climax Molybdenum GmbH
- Climax Molybdenum Marketing Corporation
- Climax Molybdenum U.K. Limited
- Compania Exploradora de la Isla, S.A.
- Copper Market, Inc.
- Copper Overseas Service Company
- Cyprus Copperstone Gold Corporation
- Cyprus Gold Exploration Corporation
- Cyprus Pinos Altos Corporation
- Cyprus Specialty Metals Company
- Cyprus Tohono Corporation

- Drum Mountains Mineral Properties LLC
- Exploraciones Antakana S.A.C.
- FCX Investment LLC
- FM Chile Holdings Inc.
- FNS Holdings, LLC
- Freeport Azufre Limitada
- Freeport Butte Valley LLC
- Freeport Canadian Exploration Company
- Freeport Copper Company
- Freeport International, Incorporated
- Freeport Overseas Service Company
- Freeport Research and Engineering Company
- Freeport Warim Inc.
- Freeport-McMoRan Chino Mines Company
- Freeport-McMoRan Copper & Gold China Corporation
- Freeport-McMoRan Copper & Gold Energy Services LLC
- Freeport-McMoRan Copper & Gold Investment Co., S.A.
- Freeport-McMoRan Exploration & Production LLC
- Freeport-McMoRan Exploration Colombia, S.A.S.
- Freeport-McMoRan Mercantile Company Inc.
- Freeport-McMoRan Miami Inc.
- Freeport-McMoRan Mineral Properties Canada Inc.
- Freeport-McMoRan Morenci Inc.
- Freeport-McMoRan Nevada LLC
- Freeport-McMoRan of Canada Limited
- Freeport-McMoRan Safford Inc.
- Freeport-McMoRan Sales Company Inc.
- Freeport-McMoRan Shelf Properties LLC
- Freeport-McMoRan Sierrita Inc.
- Freeport-McMoRan Tyrone Inc.
- Gaviota Gas Plant Company
- Grand Ecaille Land Company, Inc.
- Gulf Coast Ultra Deep Royalty Trust
- Habirshaw Cable and Wire Corporation
- International Administrative Services Company
- International Air Capital Inc.
- International ASAZ LLC
- International Mining Investments, LLC
- International Purveyors Inc.
- International Support LLC
- James Douglas Insurance Company, Ltd.
- JEX Technologies Corporation
- K-Mc Venture I LLC
- Koboltti Chemicals Holdings Limited

- LHD Ventures, LLC
- Main Pass Energy Hub LLC
- Midwest Land Acquisition Company LLC
- Minera Cuicuilco S.A. de C.V.
- Minera Freeport-McMoRan South America Limitada
- Minera Freeport-McMoRan South America S.A.C.
- Missouri Lead Smelting Company
- MSS Properties, LLC
- Nicaro Nickel Company
- Overseas Service Company
- Pacific Western Land Company
- PD Receivables LLC
- Phelps Dodge Ajo, Inc.
- Phelps Dodge Development Corporation
- Phelps Dodge Hidalgo, Inc.
- Phelps Dodge High Performance Conductors of NJ, Inc.
- Phelps Dodge Mining (Zambia) Limited
- Phelps Dodge Molybdenum Corporation
- Plains Acquisition Corporation
- Plains Vietnam Ltd.
- Pogo Partners, Inc.
- Point Arguello Natural Gas Line Company
- Point Arguello Pipeline Company
- PT Airfast Aviation Facilities Company
- PT Eksplorasi Nusa Jaya
- PT Irja Eastern Minerals
- PT Kencana Infra Nusakarya
- PT Kencana Wisata Nusakarya
- PT Mineserve International
- PT Nabire Bakti Mining
- PT Papua Utama Mitra
- PT Rio Tinto Indonesia
- PT Smelting
- PXP Louisiana Operations LLC
- Servicios Especiales Nacionales, S.A. de C.V.
- Silver Springs Ranch, Inc.
- Sociedad Contractual Minera El Abra
- Sociedad Minera Cerro Verde S.A.A.
- Southern Bayou Holdings LLC
- Southern Pearl Holdings LLC
- Tank Barge LLC
- The Morenci Water & Electric Company
- Timok Metals doo Bor, Cara Lazara bb, 19210 Bor
- Tucson, Cornelia and Gila Bend Railroad Company

- 5 -

- United States Metals Refining Company
- Verde Valley Tax Investments, LLC
- Warren Company
- Western Nuclear, Inc.