# SCHEDULE II

Talc Insurance Policies

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **American Automobile Insurance Company** | CL 12750 | April 4, 1945 | April 4, 1946 |
| **American Automobile Insurance Company** | CL 130970 | April 4, 1946 | April 4, 1947 |
| **American Automobile Insurance Company** | CL 136508 | April 4, 1947 | April 4, 1948 |
| **American Automobile Insurance Company** | CL 139750 | April 4, 1948 | April 4, 1949 |
| **American Automobile Insurance Company** | K 2005760 | April 4, 1949 | April 4, 1950 |
| **American Automobile Insurance Company** | K 2021258 | April 4, 1950 | April 4, 1951 |
| **American Automobile Insurance Company** | K 204022 | April 4, 1951 | April 4, 1952 |
| **American Automobile Insurance Company** | K 2058632 | April 4, 1952 | April 4, 1953 |
| **American Automobile Insurance Company** | K 2068035 | April 4, 1953 | April 4, 1954 |
| **American Automobile Insurance Company** | K 2083794 | April 4, 1954 | April 4, 1955 |
| **American Automobile Insurance Company** | K 2108468 | April 4, 1955 | April 4, 1956 |
| **American Automobile Insurance Company** | K 2131954 | April 4, 1956 | April 4, 1957 |
| **American Automobile Insurance Company** | K 2144688 | April 4, 1957 | April 4, 1958 |
| **American Automobile Insurance Company** | K 2195086 | April 4, 1958 | April 4, 1959 |
| **American Automobile Insurance Company** | K 2206150 | April 4, 1959 | April 4, 1960 |
| **American Automobile Insurance Company** | K 2224359 | April 4, 1960 | April 4, 1961 |
| **American Insurance Company** | K2238871 | May 23, 1961 | May 23, 1962 |
| **American Insurance Company** | K2257131 | May 23, 1962 | May 23, 1963 |
| **American Insurance Company** | K2276210 | May 23, 1963 | May 23, 1964 |
| **American Insurance Company** | K2290639 | May 23, 1964 | October 15, 1964 |
| **Continental Casualty Company** | CL4234386 | October 15, 1964 | January 1, 1965 |
| **Continental Casualty Company** | RDX9946941 | October 15, 1964 | April 17, 1965 |
| **Employers Surplus Lines Insurance Company** | E504218 | December 31, 1962 | April 17, 1965 |

| Insurer | Policy Number | Policy Start | Policy End |
| --- | --- | --- | --- |
| **Employers Surplus Lines Insurance Company** | E504219 | April 17, 1962 | April 17, 1965 |
| **Continental Casualty Company** | 241319352 | January 1, 1965 | January 1, 1966 |
| **Employers Surplus Lines Insurance Company** | E509914 | April 17, 1965 | February 1, 1968 |
| **Harbor Insurance Company** | 102632 | April 17, 1965 | January 31, 1968 |
| **Continental Casualty Company** | 2402140673 | January 1, 1966 | January 1, 1969 |
| **Employers Surplus Lines Insurance Company** | E513910 | January 31, 1968 | March 1, 1971 |
| **Continental Casualty Company** | CCP2404125889 | January 1, 1969 | November 1, 1969 |
| **Continental Casualty Company** | CCP2405051090R | November 1, 1969 | November 1, 1972 |
| **Employers Surplus Lines Insurance Company** | E63850 | March 1, 1971 | March 1, 1972 |
| **CNA Casualty of California** | RDU9231389 | March 1, 1972 | March 1, 1973 |
| **Midland Insurance Company** | XL1952 | March 1, 1972 | March 1, 1973 |
| **Mission Insurance Company** | M74758 | March 1, 1972 | March 1, 1973 |
| **Fireman's Fund Insurance Company** | XLX1056187 | March 1, 1972 | March 1, 1973 |
| **Aetna Casualty & Surety Company** | 01XN244WCA | March 1, 1972 | March 1, 1973 |
| **Continental Casualty Company** | CCP9677215R | November 1, 1972 | November 1, 1974 |
| **Reserve Insurance Company** | UCP00067 | March 1, 1973 | April 2, 1975 |
| **Stonewall Insurance Company** | D11910 | March 1, 1973 | July 1, 1976 |
| **Truck Insurance Exchange** | 3504134 | October 1, 1974 | July 1, 1980 |
| **Central National Insurance Company of Omaha** | CNU122873 | April 2, 1975 | April 2, 1976 |
| **Mission Insurance Company** | M830271 | April 2, 1975 | April 2, 1976 |
| **Central National Insurance Company of Omaha** | CNU125306 | April 2, 1976 | July 1, 1977 |
| **Mission Insurance Company** | 83253 | April 2, 1976 | July 1, 1977 |
| **Stonewall Insurance Company** | 13584 | July 1, 1976 | July 1, 1977 |
| **Granite State Insurance Company** | SCLD 80-93902 | July 1, 1976 | July 1, 1977 |
| **Lexington Insurance Company** | LC0140 | July 1, 1977 | July 1, 1978 |
| **Pine Top Insurance Company** | MLP 100304 | July 1, 1977 | July 1, 1978 |
| **Columbia Casualty Company** | RDX3652421 | July 1, 1977 | July 1, 1978 |
| **Harbor Insurance Company** | 135171 | July 1, 1978 | July 1, 1979 |
| **Columbia Casualty Company** | RDX4169299 | July 1, 1978 | July 1, 1979 |
| **AIU Insurance Company** | 75100270 | July 1, 1978 | July 1, 1979 |
| **Mission Insurance Company** | M843870 | July 1, 1978 | July 1, 1979 |
| **Union Indemnity Insurance Company of New York** | UF11 00 128 | June 1, 1979 | June 1, 1980 |

| Insurer | Policy Number | Policy Start | Policy End |
| --- | --- | --- | --- |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | BE1326219 | July 1, 1979 | July 1, 1980 |
| **Insurance Company of North America** | ISL 1083 | xx/xx/1978 | xx/xx/1981 |
| **London Market** | 881/ULL0705 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty** | MMO 70858 | June 1, 1979 | June 1, 1980 |
| **Lexington Insurance Company** | 5512603 | June 1, 1979 | June 1, 1980 |
| **Lexington Insurance Company** | 5512604 | June 1, 1979 | June 1, 1980 |
| **Gibraltar Casualty Company** | GMX 00143 | June 1, 1979 | June 1, 1980 |
| **Central National Insurance Company of Omaha (The)** | CNZ 14-16-28 | June 1, 1979 | June 1, 1980 |
| **Federal Insurance Company** | (80) 7922-6248 | June 1, 1979 | June 1, 1980 |
| **Landmark Insurance Co.** | FE4000188 | June 1, 1979 | June 1, 1980 |
| **Travelers Indemnity Company** | JEX 121T880-A-79 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO 70859 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0706 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0707 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0708 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0709 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5586 | June 1, 1979 | June 1, 1980 |
| **Birmingham Fire Insurance Company of Pennsylvania** | 6073642 | June 1, 1979 | June 1, 1980 |
| **First State Insurance Company** | 928425 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5587 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO 70860 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5588 | June 1, 1979 | June 1, 1980 |
| **Granite State Insurance Company** | 6679-1363 | June 1, 1979 | June 1, 1980 |
| **AIU Insurance Company** | 75-100872 | June 1, 1979 | June 1, 1980 |
| **Allianz Insurance Company** | UMB599559 | June 1, 1979 | June 1, 1980 |
| **Fireman's Fund Insurance Company** | XLX1393749 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO71462 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM22007 & UMH0287 | June 1, 1980 | June 1, 1981 |
| **Lexington Insurance Company** | 5512643 | June 1, 1980 | June 1, 1981 |

- 4 -

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Employers Mutual Casualty Company** | MMO71463 | June 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI6996 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM23004 & UMH0288 | June 1, 1980 | June 1, 1981 |
| **Employers Mutual Casualty Company** | MMO71464 | June 1, 1980 | June 1, 1981 |
| **Landmark Insurance Company** | FE40000337 | June 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI6997 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM23006 & UMH0289 | June 1, 1980 | June 1, 1981 |
| **Central National Insurance Company of Omaha** | CNZ142075 | June 1, 1980 | June 1, 1981 |
| **Granite State Insurance Company** | 6680-2317 | June 1, 1980 | June 1, 1981 |
| **Union Indemnity Insurance Company** | UF1100193 | June 1, 1980 | June 1, 1981 |
| **Lexington Insurance Company** | 5512644 | June 1, 1980 | June 1, 1981 |
| **AIU Insurance Company** | 75-1010687 | June 1, 1980 | June 1, 1981 |
| **Travelers Indemnity Company** | TJEX121T880A80 | June 1, 1980 | June 1, 1981 |
| **Gibraltar Casualty Company** | GMX00619 | June 1, 1980 | June 1, 1981 |
| **First State Insurance Company** | 930527 | June 1, 1980 | June 1, 1981 |
| **Federal Insurance Company** | 81-79226248 | June 1, 1980 | June 1, 1981 |
| **Allianz Underwriters, Inc.** | AUX5200117 | June 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI6998 | June 1, 1980 | June 1, 1981 |
| **Integrity Insurance Company** | XL201671 | June 1, 1980 | June 1, 1981 |
| **Granite State Insurance Company** | 6680-2318 | June 1, 1980 | June 1, 1981 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073736 | June 1, 1980 | June 1, 1981 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | 1226464 | June 1, 1980 | June 1, 1981 |
| **Gibraltar Casualty Company** | GMX00620 | June 1, 1980 | June 1, 1981 |
| **First State Insurance Company** | 930625 | June 1, 1980 | June 1, 1981 |
| **American Excess Insurance Company** | EUL5074786 | June 1, 1980 | June 1, 1981 |
| **Northbrook Excess and Surplus Insurance Company** | 63006816 | June 1, 1980 | June 1, 1981 |
| **Insurance Company of North America** | XCP143852 | June 1, 1980 | June 1, 1981 |
| **London Market** | UMH0450 | September 19, 1980 | June 1, 1981 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **London market insurers** | WM23009 & WMBA400 | September 19, 1980 | June 1, 1981 |
| **Midland Insurance Company** | XL152834 | October 1, 1980 | June 1, 1981 |
| **Protective National Insurance Company of Omaha** | XUB18068-62 | October 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI7184 | October 1, 1980 | June 1, 1981 |
| **First State Insurance Company** | 931168 | October 1, 1980 | June 1, 1981 |
| **Federal Insurance Company** | 7922-6337 | October 1, 1980 | June 1, 1981 |
| **American Excess Insurance Company** | EUL5075361 | October 1, 1980 | June 1, 1981 |
| **Lexington Insurance Company** | 5512663 | October 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI7138 | October 1, 1980 | June 1, 1981 |
| **London market insurers** | WN30027 & UNH0204 | June 1, 1981 | June 1, 1982 |
| **Lexington Insurance Company** | 5512677 | June 1, 1981 | June 1, 1982 |
| **International Insurance Company** | 5220293553 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WN31008, UNH0205 & UNH0206 | June 1, 1981 | June 1, 1982 |
| **Lexington Insurance Company** | 5512682 | June 1, 1981 | June 1, 1982 |
| **International Insurance Company** | 522293562 | June 1, 1981 | June 1, 1982 |
| **London Market** | 551/UNH0207 | June 1, 1981 | June 1, 1982 |
| **London Market** | UNH0237 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WN31009 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WNBK300 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WN31018 | June 1, 1981 | June 1, 1982 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073846 | June 1, 1981 | June 1, 1982 |
| **Travelers Indemnity Company** | TJEX121T880A81 | June 1, 1981 | June 1, 1982 |
| **Granite State Insurance Company** | 6681-2667 | June 1, 1981 | June 1, 1982 |
| **Allianz Underwriters, Inc.** | AUX5200359 | June 1, 1981 | June 1, 1982 |
| **Integrity Insurance Company** | XL203241 | June 1, 1981 | June 1, 1982 |
| **Northbrook Excess and Surplus Insurance Company** | 63008-019 | June 1, 1981 | June 1, 1982 |
| **Insurance Company of North America** | XCP144061 | June 1, 1981 | June 1, 1982 |
| **Gibraltar Casualty Company** | GMX01234 | June 1, 1981 | June 1, 1982 |
| **First State Insurance Company** | 932421 | June 1, 1981 | June 1, 1982 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Federal Insurance Company** | 8207922 6248 | June 1, 1981 | June 1, 1982 |
| **Employers Mutual Casualty Company** | MMO71831 | June 1, 1981 | June 1, 1982 |
| **International Insurance Company** | 5220293571 | June 1, 1981 | June 1, 1982 |
| **Midland Insurance Company** | XL723954 | June 1, 1981 | June 1, 1982 |
| **Protective National Insurance Company of Omaha** | XUB1806914 | June 1, 1981 | June 1, 1982 |
| **First State Insurance Company** | 932422 | June 1, 1981 | June 1, 1982 |
| **American Excess Insurance Company** | EUL5081285 | June 1, 1981 | June 1, 1982 |
| **Lexington Insurance Company** | 5512678 | June 1, 1981 | June 1, 1982 |
| **International Insurance Company** | 5220293589 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | UPH0171 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UPH0172 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UPH00336 | June 1, 1982 | June 1, 1983 |
| **Lexington Insurance Company** | 5523305 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311256 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UPH0173 | June 1, 1982 | June 1, 1983 |
| **Lexington Insurance Company** | 5513306 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311265 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UPH0337 & UPH0174 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311274 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UPH0338 & UPH0175 | June 1, 1982 | June 1, 1983 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073951 | June 1, 1982 | June 1, 1983 |
| **Granite State Insurance Company** | 6682-3454 | June 1, 1982 | June 1, 1983 |
| **Allianz Underwriters, Inc.** | AUX5200755 | June 1, 1982 | June 1, 1983 |
| **Integrity Insurance Company** | XL204016 | June 1, 1982 | June 1, 1983 |
| **Northbrook Excess and Surplus Insurance Company** | 63008784 | June 1, 1982 | June 1, 1983 |
| **Insurance Company of North America** | XCP144433 | June 1, 1982 | June 1, 1983 |
| **Gibraltar Casualty Company** | GMX01702 | June 1, 1982 | June 1, 1983 |
| **First State Insurance Company** | 934444 | June 1, 1982 | June 1, 1983 |
| **Federal Insurance Company** | (83)7922-62-48 | June 1, 1982 | June 1, 1983 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Employers Mutual Casualty Company** | MMO73174 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311283 | June 1, 1982 | June 1, 1983 |
| **Midland Insurance Company** | XL724700 | June 1, 1982 | June 1, 1983 |
| **Protective National Insurance Company of Omaha** | XUB1807045 | June 1, 1982 | June 1, 1983 |
| **Northbrook Excess and Surplus Insurance Company** | 63008784 | June 1, 1982 | June 1, 1983 |
| **First State Insurance Company** | 934445 | June 1, 1982 | June 1, 1983 |
| **Lexington Insurance Company** | 5523307 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311292 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UQH0180 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0181, UQH0182 & UQH0186 | June 1, 1983 | June 1, 1984 |
| **Lexington Insurance Company** | 5523326 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437094 | June 1, 1983 | June 1, 1984 |
| **Lexington Insurance Company** | 5523325 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437103 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0183 & UQH0187 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437112 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0188 & UQH0184 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0185 & UQH0189 | June 1, 1983 | June 1, 1984 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6074094 | June 1, 1983 | June 1, 1984 |
| **Granite State Insurance Company** | 6683-4116 | June 1, 1983 | June 1, 1984 |
| **Federal Insurance Company** | (84)7922-62-48 | June 1, 1983 | June 1, 1984 |
| **Allianz Underwriters, Inc.** | AUX5200953 | June 1, 1983 | June 1, 1984 |
| **Integrity Insurance Company** | XL207293 | June 1, 1983 | June 1, 1984 |
| **Insurance Company of North America** | XCP145342 | June 1, 1983 | June 1, 1984 |
| **First State Insurance Company** | 934636 | June 1, 1983 | June 1, 1984 |
| **Employers Mutual Casualty Company** | MMO73390 | June 1, 1983 | June 1, 1984 |
| **Gibraltar Casualty Company** | GMX03540 | June 1, 1983 | June 1, 1984 |

| Insurer | Policy Number | Policy Start | Policy End |
| --- | --- | --- | --- |
| International Insurance Company | 5220437121 | June 1, 1983 | June 1, 1984 |
| Midland Insurance Company | XL739224 | June 1, 1983 | June 1, 1984 |
| Protective Mutual | XUB1807046 | June 1, 1983 | June 1, 1984 |
| Pine Top Insurance Company | XL700011 | June 1, 1983 | June 1, 1984 |
| Insurance Corporation of Ireland | XL7-13000-0 | June 1, 1983 | June 1, 1984 |
| Century Indemnity Company | CIZ425524 | June 1, 1983 | June 1, 1984 |
| Marine Office of America Corporation | EXH101628 | June 1, 1983 | June 1, 1984 |
| First State Insurance Company | 934674 | June 1, 1983 | June 1, 1984 |
| International Insurance Company | 5220437139 | June 1, 1983 | June 1, 1984 |
| Lexington Insurance Company | 5523331 | June 1, 1983 | June 1, 1984 |
| Zurich American Insurance Company | 8129701 | June 1, 1983 | June 1, 1984 |
| Century Indemnity Company | CIZ 425525 | August 17, 1983 | June 1, 1984 |
| Constitution State Insurance Company | CCA841F403A | August 17, 1983 | June 1, 1984 |
| Royal Insurance Company | RED102107 | June 1, 1983 | June 1, 1984 |
| Republic Insurance Company | CDE0769 | August 17, 1983 | June 1, 1984 |
| Home Insurance Company | HEC1203840 | August 17, 1983 | June 1, 1984 |
| London market insurers | URH0093 | June 1, 1984 | June 1, 1985 |
| London market insurers | URH0098 & URH0162 | June 1, 1984 | June 1, 1985 |
| Allianz Underwriters, Inc. | AUX5203031 | June 1, 1984 | June 1, 1985 |
| International Surplus Lines Insurance Company | 5220473841 | June 1, 1984 | June 1, 1985 |
| London market insurers | URH0097 & URH0161 | June 1, 1984 | June 1, 1985 |
| International Insurance Company | 5220473832 | June 1, 1984 | June 1, 1985 |
| London market insurers | URH0096 & URH0160 | June 1, 1984 | June 1, 1985 |
| International Insurance Company | 5220473823 | June 1, 1984 | June 1, 1985 |
| International Insurance Company | 5220473814 | June 1, 1984 | June 1, 1985 |
| Integrity Insurance Company | XL208526 | June 1, 1984 | June 1, 1985 |
| Insurance Company of North America | XCP144196 | June 1, 1984 | June 1, 1985 |
| Granite State Insurance Company | 6684-4895 | June 1, 1984 | June 1, 1985 |
| Gibraltar Casualty Company | GMX03711 | June 1, 1984 | June 1, 1985 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **First State Insurance Company** | EU002200 | June 1, 1984 | June 1, 1985 |
| **Federal Insurance Company** | 85-79226248 | June 1, 1984 | June 1, 1985 |
| **Allianz Underwriters, Inc.** | AUX5203031 | June 1, 1984 | June 1, 1985 |
| **Republic Insurance Company** | CDE 1159 | June 1, 1984 | June 1, 1985 |
| **Employers Mutual Casualty Company** | MMMW 72162 | June 1, 1984 | June 1, 1985 |
| **Fidelity & Casualty Company** | LX 215 62 42 | June 1, 1984 | June 1, 1985 |
| **London Guarantee & Accident Company of New York** | LX 211 07 93 | June 1, 1984 | June 1, 1985 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE607 4337 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0094 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0095 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0159 | June 1, 1984 | June 1, 1985 |
| **Old Republic Insurance Company** | ZC46316 | July 1, 1985 | July 1, 1986 |
| **Lexington Insurance Company** | USA 0370 | July 1, 1985 | July 1, 1986 |
| **London Market** | USA 0371 | July 1, 1985 | July 1, 1986 |
| **Old Republic Insurance Company** | ZC46784 | July 1, 1986 | July 1, 1987 |
| **Lexington Insurance Company** | 5572150 | November 26, 1986 | July 1, 1987 |
| **Old Republic Insurance Company** | ZZ50105 | July 1, 1987 | July 1, 1988 |
| **Lexington Insurance Company** | 5521451 | July 1, 1987 | July 1, 1988 |
| **Lexington Insurance Company** | 5521482 | July 1, 1988 | July 1, 1989 |
| **Lexington Insurance Company** | 8641274 | July 1, 1988 | July 1, 1989 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 459-69-51 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 460-02-64 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 459-69-50 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | GLA 459-69-56 | July 1, 1989 | July 1, 1990 |
| **Lexington Insurance Company** | 556-7598 | July 1, 1989 | July 1, 1990 |
| **XL Insurance Company** | XLUMB-00592 | July 1, 1989 | July 1, 1999 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | CLM 308-33-90 | July 1, 1991 | July 1, 1992 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 325-28-26 | July 1, 1991 | July 1, 1992 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 325-28-27 | July 1, 1991 | July 1, 1992 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 325-28-28 | July 1, 1991 | July 1, 1992 |